IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
OCT 13 2005
CLERK, U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

David Campbell Pro-Se # 10676014
Plaintiff,

Docket No.

VS.

CA 05 428 T

Cornell Corr. Ins.,

Lieutenant Reis

Officer Perry

Seven Unknown Officers.
Defendants.

Date. 10/5/05

(All the defendants are being sued in both their Individual and Official Capacity.)

CIVIL COVER SHEET.

A. Complaint.

B. Summons

C. Application for Waiver of Fees and Costs.

D. Copies of Grievance Procedures.

E. Authorization form.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472