RECEIVED
OCT 13 2005
Property of U.S. District Court
District of Rhode Island

CA 05 428 T

David Campbell # 10676014
Metropolitan Detetion Center
P. O. Box 329002
Brooklyn, New York 11232

5/27/05

Property Officer
Donald W. Wyatt Detetion Facility
950 High Street
Central Falls, R.I. 02863

Good day Property officer:

this Correspondence is in Regards to Some legal Court papers that were left behind at your Facility on May 25th, 2005. I am hereby requesting that you please locate two legal folders Containing very important legal documents and have them deliver to inmate David Campbell #10676014 at the location listed below:

David Campbell #10676014
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232.

thank you for your Cooperation in this matter. Interim I await your Expeditiously delivery.

Sincerely yours,

David Campbell # 10676-014
cc: file.

(Donald W. Wyatt Detention Facility
950 High Street
Central Falls, R.I. 02863

BP-A148.055
SEP 98

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**INMATE REQUEST TO STAFF**

| TO: (Name and Title of Staff Member) Counselor Cattin | DATE: 6/13/05 |
|---|---|
| FROM: David Campbell | REGISTER NO.: 10676-014 |
| WORK ASSIGNMENT: unassigned | UNIT: 3-1-202 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Sir, on 5/25/05, the day that I was transferred from the Wyatt Detention Facility, in Rhode Island, I left two large folders containing some legal Court Documents those folders were to be held in Storage until I sent them an address to delivered them to. Storage was for (30) Thirty days. Could you please Contact them for me. thank you. D. Campbell # 10676-014

(Do not write below this line)

DISPOSITION:

Contacted officer Perry @ Wyatt. 7/5/05 830 AM. Will send legal mail.

| Signature Staff Member | Date 7/5/05 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

David campbell #10676014
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

6/13/05

Attn: Property Officer
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863

Good day:

This correspondence is in regards to some legal property that was left at the aforementioned facility in your care, that I am now trying to have delivered here at the U.S.P. Canaan, Federal Burear, P.O. Box 300, Waymart, Pa. 18472.

Sir, on 5/25/05, I left two legal folders in your care. On 5/27/05, I sent you a request to delivered those two legal folders to the Metropolitan Detention Center in Brooklyn. To my knowledge those folders are not yet at the M.D.C. I am now sending you an official request to please delivered those legal folders to the following address: David Campbell # 10676014
Federal Bureau
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472.

Thank you for your time and effort in assisting me in this matter. In the interim I await your responce, I hope it will be handled expeditiously.

Sincerdly Yours,

David Campbell # 10676014

David Campbell # 10676014
Federal Bureau
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

6/13/05

Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI. 02863
ATTN: Property Officer

RE: Two Legal Folders:

Good Day:

I David Campbell # 10676-014 ,am making this official request upon the Property Officer at the Donald W. Wyatt Detention Facility, located at 950 high Street, Central Falls, Rhode Island, to please locate two large folders containing some legal court documents that were left in the care of said property officer on the 25th day of May 2005. and belonging to the aboved name inmate, David Campbell # 10676-014. I am requesting that you please locate the requested materials and have them delivered to the address listed below:

David Campbell #10676-014
Federal Bureau
P.O. Box 300
Waymart, Pa. 18472

Thank you for your cooperation in this matter. In the interim I await your responce, I hope it will be handled expeditiously.

Sincerely Yours,

D. Campbell
David Campbell # 10676-014

State Of Pennsylviana

County of Wayne SS: Waymart

KEB On this the 13th day of June, 2005, before me, ~~David Campbell~~ Kelly E. Brown the undersigned officer personally appeared, David Campbell, and acknowledged to be the person whose name is subscribed to the within instrument, and executed the same for the purpose therein contained.

In witness thereof, I hereby set my hands and official seal.

Kelly E. Brown
Signature of Notary

Notarial Seal
Kelly E. Brown, Notary Public
Palmyra Twp., Pike County
My Commission Expires June 24, 2006
Member, Pennsylvania Association Of Notaries

David Campbell # 10676014
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

Date. June 28th, 2005

United States Dept. Of Justice
U.S. Attorney General
Mr. A. Gonzales
950 Pennyslvania Ave., NW.
Washington, DC. 20530-0001

RE: Confiscated Legal Court Files:

Dear Mr. Gonzales:

This correspondence is in regards to my legal court files which was confiscated from me at the Donald W. Wyatt detention Facility, in rhode Island, on May 25, 2005.

Sir, on the above mentioned date, I was getting transferred from the Wyatt Detention Facility, in Rhode Island, at which time i was told by the Property Officer on staff that I was not allowed to leave the facility with anything in my possession. Legal Files included. I protested that the files I am carrying along with me are for pending cases and that I will be needing them to contest the State position as soon as I am relocated to another facility. The Property Officer including the Lieutenant on staff were adamant about their position that I will not be allowed to leave the facility with my legal files. I was allowed to sign a form for storage, leaving my legal court files in the care of the Property Officer to be transferred to me within (30) thirty days, in which time I must provide them with an address to mail the package to.

Suffices it to say, that on the 27th, of May 2005, I wrote the Property Officer of the Wyatt Detention Facility, providing them with the address of my location and request that they please send my legal court files to the Metropolitan Detention Center, in Brooklyn, NY. On June 2nd, 2005, I was again transferred from the Metropolitan Detention Center to U.S.P. Canaan. After having my Counselor and Case Workers check on the location of my legal properties and determining that said pacakage was not delivered to MDC. I again wrote the Wyatt Detention Facility for the second time on the 13th day of June 2005, requesting that they send my legal court files to the U.S.P. Canaan. To date I am not in possession of said files.

letter to:
U.S. Attorney General
Mr. A. Gonzales
U.S. Dept. Of Justice.
Dated. 28th June, 2005

At this Juncture,it behooves me to lodge a complaint with your Office concerning this matter. I have been told by the Case Worker here at the U.S.P. Canaan, that its not the Bureau Of Prison (BOP) who are responsible for my property at the Wyatt Dention Facility, because the Wyatt detention Facility is privately owned. It is my contention that it is the Justice Department who are responsible for transporting my person from the State Of Connecticut Penitentiary, MacDougall Walker Corr. Inst. to the Donald W. Wyatt Detention Facility, in Rhode Island on May 5th, 2005. Thus, I am enlisting the assistance of the Justice Department to aid in the matter of locating my legal properties. In my case file they are two pending civil cases that I am representing myself in as a Pro-Se capacity. One is filed In the Connecticut Superior Court and the other In the United States District Court, for tha District of Connecticut.

Sir, I am now asking that your office please assist me in the matter of locating those files because both of my request to the Wyatt Detention Facility has gone unanswered. And I am hoping that you will be able to resolve this matter expeditiously.

thank you for your assistance in this matter. In the interim I await your response, I hope it will be handled expeditiously.

Sincerely Yours,

D. Campbell
David Campbell # 10676014

CAA-1330.13
November 10, 2004
Attachment A

# ATTEMPT AT INFORMAL RESOLUTION
## (Request for Administrative Remedy)

***The Federal Bureau of Prisons Program Statement 1330.13, Administrative Remedy Program, dated December 22,1995, requires that inmates attempt to informally present their complaint to staff and allow staff to attempt to informally resolve any issue prior to the inmate filing a Request for Administrative Remedy, BP.229(13). If informal resolution is unable to be accomplished, the inmate will be given a BP.229(13)form.***

***TO BE COMPLETED BY INMATE***

INMATE'S NAME: David Campbell REG. NO.: 10676-014 UNIT: B-1

1. Complaint (be specific. if related to UDC appeal, specify relevant section of Inmate Discipline Policy): I have been Trying To get my Legal Court Papers from Wyatt Detention Facility in Rhode Island from May 27th, 200 To no Avail. I have request the Assistance of my unit Staff And was Told that Said package has been mailed As of 7/5/05.

2. What resolution is requested/expected: I would like Some Varification that my legal Court papers has been Sent here, because my oral conversation with the property officer here has reveal nothing. I need to locate my legal court papers.

***TO BE COMPLETED BY STAFF***

3. Summary of investigation: Counselor Hicks called Wyatt detention Center and they stated when they get a chance they will mail your property to USP Canaan

4. What actions were taken to resolve this matter informally: __________

5. Explain reasons for no resolution: __________

Date & Time Issued: 7-22-05 / 9:00 Correctional Counselor: [signature]
Date & Time Returned: 7-26-05 11:00 Correctional Counselor: [signature]
Date & Time Investigation Completed and BP229(13) issued: __________

Camp Administrator/Unit Manager Signature: [signature]

***Distribution:*** (1) *If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Unit Counselor for filing.*
(2) *If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.*

On __________, this issue was informally resolved.

Inmate Signature Date

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Campbell, David C. | 10676014 | B-1 | U.S.P. Canaan

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** On May 25, 05, I left the Donald W. Wyatt Detention facility. I was not allowed to take with me any of my personal property including legal court documents. I was instructed to leave them in storage at said facility and to provide them with an address for them to mail it to me within thirty (30) days. So far I have sent two correspondence including an official request asking that they please send my legal court property, to no avail. I have scheduling orders to fill from the court and cannot do so adequately because I am without the proper papers. I would like for someone to make a behest to the Wyatt Detention facility in Rhode Island, and instruct them to send my legal documents at once.

7/26/05

DATE

D. Campbell

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

JUL 28 2005

RECEIVED

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: 383797-F1

CASE NUMBER: 383797-F1

**Part C- RECEIPT**

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Campbell, David E. (LAST NAME, FIRST, MIDDLE INITIAL) 10676-014 (REG. NO.) B-1 (UNIT) U.S.P. Canaan (INSTITUTION)

**Part A - REASON FOR APPEAL**

The Donald W. Wyatt Detention facility was given notice of my whereabouts on four seperate occasions with the proper listing of an address to the facility of which I am located before the destruction of my property. it's the policy of the Fed. Bureau of Prison to allows prisoners to take with them legal materials for pending cases and appeal purposes along with them. Therefore, my legal materials should not have to be left at the wyatt Detention facility to be destroyed.

8/22/05 — DATE

D. Campbell — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 383797-R1

**Part C - RECEIPT**

CASE NUMBER:

Return to: LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

U. S. Department of Justice
Federal Bureau of Prisons
***USP, Canaan, Pennsylvania***

***Request for Administrative Remedy, Part B - Response***

***Name***: CAMPBELL, David
***Reg. No.***: 10676-014
***Admin. Remedy No.***: 383797-F1

This is in response to your Request for Administrative Remedy, dated July 26, 2005, which was received in this office on July 28, 2005. Specifically, you request staff contact the Donald W. Wyatt Detention Facility, requesting your legal material be forwarded to you at USP Canaan.

On July 22, 2005, your Unit Team contacted the above referenced facility to request that your legal material be forwarded to this facility. Your Unit Team was informed by staff at Donald W. Wyatt Detention Facility that the matter would be reviewed and their staff would advise of the status of your legal material. On August 4, 2005, your Unit Team made a second contact with Donald W. Wyatt Detention Facility to check the status of your legal material. We were informed by the Program Administrator your legal material was destroyed by their staff on July 27, 2005, because you refused to provide the facility with a forwarding address on your day of departure (May 24, 2005).

Based on the information above, relief can not be granted. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(10) to the Regional Director, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd and Chestnut Street, Philadelphia, PA 19106.

Cameron Lindsay, Warden

Date 8/16/05

**CAMPBELL, David E.**
Reg. No. 10676-014
Appeal No. 383797-R1
Page One

---

**Part B - Response**

In your appeal, you contend the Donald W. Wyatt Detention facility destroyed your property. You also state they were given notice of your whereabouts on four separate occasions with the proper listing of your address and should not have destroyed your property.

A review of your case indicates your unit team at USP Canaan contacted the Donald W. Wyatt Detention facility on July 22, 2005 and August 4, 2005, to assist you in obtaining your personal property. The Program Administrator informed institution staff that your property was destroyed on July 27, 2005, because you failed to provide the facility with your forwarding address when you left that facility. No further relief from the Bureau of Prisons is warranted since the Bureau has no jurisdiction over the detention facility. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: September 26, 2005

FOR
D. SCOTT DODRILL
Regional Director

**CERTIFICATION OF SERVICE.**

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to the Office of the Clerk, United States District Court, U.S. Courthouse, 119 Federal Building and Courthouse, One Exchange Terrace, Providence, RI. 02903-1779.

Date 10/5/05

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472