CA 05 428T

# AUTHORIZATION
(Prisoner's Account Only)

I, David Campbell, Pro-Se, 10676014, request and authorized the agency holding me in custody to send to the Clerk of Court, United States District Court for the District of Rhode Island, a certified copy of the statement for the past six months of my trust fund account(or Institutional equivalent) at the Institution where I am Incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or Institutional equivalent) in the amount specified by 28 U.S.C. § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 10/5/05

David Campbell
Signature of Prisoner