UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO.________________

CA 05 428T

VS.

CORNELL CORR. INS.,

LIEUTENANT REIS

OFFICER PERRY

SEVEN UNKNOWN OFFICERS
Defendants.

DATE. 10/5/05

**APPLICATION TO PROCEED IN FORMA PAUPERIS.**

I David Campbell Pro-Se,#10676014, am willing to prusue my claim in this action under the new provisions of the Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of the sum from my prison account when funds exist until the filing fee of $250.00 has been paid in full.

I David Campbell Pro-Se, # 10676014, have enclosed an authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six months, as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

Prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. §1915(h), have brought three (3) other action in the United States District Court In The District Of Connecticut. None of which were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.

I am currently employed at the Institution where I am confined as a Kitchen help and earn a monthly compensation of $38.00

I do not own any cash or other property; I do not have a Bank Account; or receive money from any other source.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 5th, 2005 David Campbell
(Date) (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.