UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO. 1:05CV428-T-JH

vs.

CORNELL CORR. INS., ET. AL.,
Defendants.

DATE. Oct 25th, 2005

## APPLICATION TO PROCEED IN FORMA PAUPERIS.

I David Campbell Pro-Se, am willing to pursue my claim in this action undeR the new provision of the Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of the sum from my prison account when funds exist until the filing fee of $ 250.00 has been paid in full.

1.) I am currently employed at the Institution where I am confined as a kitchen help and earn a monthly stipend of $ 38.00.

2.) I do not have a checking account, or a cash account.

3.) I do not own any Real Estate, Auto Mobil, or any other valuable property, or any cash at hand.

4.) I do not own any Business, or receives any royalties or pension from any business.

5.) I have four dependents to support and no way to do so because of my confinement.

6.) I do receive any money from friends of families.

I declare under penalty of perjury that the foregoings is true and correct.

Executed on 10/25/05
(Date)

David Campbell
(Signature of plaintiff)

AUTHORIZED PERSONNEL ONLY.

ACCOUNT STATEMENT.

On this the 25 day of Oct., 2005, this account has a total sum of $ 18.64 . Within the past six months this account has a total of $ 100.48 , deposited and a total of $ 81.84 , withdrawn.

Executed on 10-25-05
(Date)

Jess Smith CSW
(Name and title of Authority)

State of Pennsylvania

ss:Waymart

County of Wayne

On this the 25 day of October, 2005, before me Amy Hawley, the undersigned officer personally appeared , David Campbell, and satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purpose therein contained.

In witness thereof I hereunto set my hands and Official Seal.

Amy R. Hawley
(Signature of Notary Public)

NOTARIAL SEAL
Amy L. Hawley, Notary Public
City of Honesdale, Wayne County
My commission expires Aug. 19, 2009

**CERTIFICATION OF SERVICE.**

I hereby certify that the Original statememt of my Prison trust fund account has been mailed postage prepaid and delivered to the Office of the Clerk, United States District Court, In the Judicial District of Rhode Island, 119 Federal Building and Courthouse, One Exchange Terrace, Providence, RI. 02903-1779. On this the Oct day of 25th 2005.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472