UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO.1:05CV00428(T)(JH)

vs.

CORNELL CORR. INC. ET. AL.,
Defendants.

DATE. January 3rd, 2006

SERVICE OF COMPLAINT UPON INDIVIDUAL WITHIN

A JUDICIAL DISTRICT OF THE UNITED STATES.

Here comes the plaintiff David Campbell Pro-Se in the above captioned case acting without the aide of counsel and pursuant to the Fed. R. Civ. P. Rule 4 hereby submit a complete copy of the Complaint and Summons to be served upon the defendants.

The plaintiff files this complaint as a pauper under U.S.C. § 1915, in his Pro-Se capacity. On 10/11/05, the Court Granted the plaintiff motion to proceed without prepayment of fees under U.S.C. § 1915. The plaintiff now submits to the United States Marshals Office a copy of the Complaint ans Summons to be served upon the defendants in the aforementioned case.

WHEREFORE, plaintiff prays that the clerk of the United States District Court for the Judicial District of Rhode Island will observed the Memorandum and Order of the Honorable Judge Jacob Hagopian, Senior United States Magistrate Judge, GRANTING the plaintiff motion to proceed in Informa Pauperis pursuant to U.S.C. § 1915, on 10/11/05, and in so doing the Clerk of the Court will forward the Complaint and Summons to the appropriate authorities at the United States Marshals Office to be served upon the defendants.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

CERTIFICATION OF SERVICE.

I hereby certify that a complete copy of the foregoing was mailed postage prepaid and deliver to the Office of the Clerk of the United States District Court on this the 3rd day Of January, 2006. A copy was sent to the following:

Office of the Clerk
United States District Court
U.S. Courthouse
119 Federal Building and Courthouse
One Exchange Terrace
Providence, Rhode Island 02903-1779

Respectfully Submitted
David Campbell/Plaintiff
By: [signature]
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472