**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL,** ***pro se***

**v.** **C.A. No. 05- 428 T**

**CORNELL CORRECTIONS INC.**, et al

# ORDER

David Campbell, *pro se*, incarcerated at a penitentiary in Pennsylvania, filed a Motion seeking an Order directing the United States Marshals Service to serve the named defendants. The named defendants in this case are Cornell Corrections, Inc., Lieutenant Reis, and Officer Perry. Said motion is **GRANTED.** The United States Marshals Service is hereby **ORDERED** to serve a summons and a copy of the Complaint on the above named defendants.

**IT IS SO ORDERED**.

Jacob Hagopian
Senior United States Magistrate Judge
February 7, 2006

SCANNED