UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CAMPBELL, Pro Se | ) | |
| | ) | |
| | ) | C.A. NO.: 05-428T |
| vs. | ) | |
| | ) | |
| CORNELL CORRECTIONS INC., ET AL | ) | |

**ENTRY OF APPEARANCE**

Dennis T. Grieco II hereby enters his appearance on behalf of Defendants, Cornell Corrections of Rhode Island, Inc. and Officer April Perry in the above referenced matter.

Defendants,
Cornell Corrections of Rhode Island, Inc.
and Officer April Perry,
By its attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304
DTG@GSM-law.com

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se
U.S.P. P.O. Box 300
Waymart, PA 18472

I hereby certify that on the 2nd day of May, 2006, I mailed and/or had hand-delivered a true copy of the within to counsel of record, as above.