David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

July 7, 2006

Mr. David Campbell #10676-014
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Re: David Campbell v. Cornell Corrections, Inc., et al. CA 05-428 T

Dear Mr. Campbell:

Your recent submission of a Motion to Compel and a Memorandum in Support of Motion to Compel, both dated July 3, 2006, failed to include the necessary copies. District of Rhode Island Local Rule Cv 7(c) requires that all motions and objections with accompanying memoranda must be filed in triplicate (an original and two copies).

Although Magistrate Judge Martin has determined that in this instance we will accept your documents without the required copies, he also directed that I advise you that future filings that do not comply with requirements of the Local Rules may not be accepted.

Very truly yours,

Paulette J. Dube

Paulette Dube
Chief Deputy Clerk

cc: Dennis T. Greico, Esq.