UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL,
Plaintiff

VS. C. A. NO. 00-011 T

CORNELL CORRECTIONS OF
RHODE ISLAND, INC., ET AL,
Defendants

**DEFENDANTS', OBJECTION TO PLAINTIFF'S MOTION TO COMPEL AND CROSS-MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY.**

Defendants, Cornell Corrections of Rhode Island, Inc. and Officer April Perry hereby object to Plaintiff's motion to compel their discovery responses and request a brief period of additional time within which to provide their discovery. In short, a brief period of additional time is necessary in order for the Defendants to complete and provide their discovery responses to the Plaintiff. The interrogatories and request for production of documents that the Plaintiff attaches to his motion to compel on the surface appear quite straightforward. However, in reality, they required extensive review of the Plaintiff's own inmate file, staffing records and other records to cull out the information sought out by the Plaintiff. In addition, many of the Plaintiff's requests for production of documents in form are really interrogatories, as they do not seek the production of documents at all, and instead simply seek information to be culled from records. Rather than provide the Plaintiff with wholesale objections to the form of those requests, the Defendants have undertaken to actually answer them as if they were propounded as interrogatories. This process required the excessive investigation described above. As was explained in Defendant's counsel's June 29, 2006 letter to the Plaintiff, a copy of which is attached hereto, the responses to the Plaintiff's discovery are merely being reviewed by Wyatt officials to ensure their accuracy before being forwarded to him. Thus, Plaintiff's motion to compel is a bit premature and Defendants would simply ask for an extension of time up to and including July 24, 2006 in which to respond to Plaintiff's discovery.

WHEREFORE, Plaintiff's motion to compel should be denied and Defendant should be permitted up to and including July 24, 2006 to respond to his discovery.

Defendants,
Cornell Corrections of Rhode Island, Inc. and
Officer April Perry,
By their attorneys,

#6107 for

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se #10676014
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472
This letter is to be opened in the presence
of the prisoner whose name is printed on the envelope.

I hereby certify that on the 14th day of July, 2006, I mailed a true copy of the within to counsel of record, as above.

Michael G. Sarli*
James P. Marusak*
Michael R. De Luca*
Dennis T. Grieco II*

Matthew D. Rocheleau*
Sheri L. Montecalvo*
Heather L. Perdue*

Thomas D. Gidley, Retired

* *Also admitted in Massachusetts*

One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Telephone 401-274-6644
Fax 401-331-9304

Gidley, Sarli & Marusak, LLP
ATTORNEYS AT LAW

June 29, 2006

David Campbell Pro-Se #10676.014
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

RE: David Campbell v. Cornell Corrections of Rhode Island, Inc. et al

Dear Mr. Campbell:

I write in response to your letter inquiring about the status of the Defendant's discovery responses. I anticipate providing those to you within the next couple of weeks, as they are being reviewed for completeness and accuracy. If you have any questions or comments in the meantime, please do not hesitate to contact me.

Sincerely,

Dennis T. Grieco II

DTG:tlh