**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL**

**VS.** **C.A. NO. 05-428 T**

**CORNELL CORRECTIONS, INC., ET AL**

**ORDER**

This matter is before the Court on the Plaintiff's Motion to Compel Responses to Interrogatories and for the Production of Documents. Defendants have objected. In their objection, defendants seek an extension of time.

Accordingly, upon consideration of the motion and of the defendants' objection, plaintiff's motion is denied without prejudice. Furthermore, defendants' motion to extend time is granted. Defendants shall respond to plaintiff's request for discovery on or before ~~July 24, 2006~~ August 10, 2006 J.

IT IS SO ORDERED.

____________________________
Jacob Hagopian
Senior U.S. Magistrate Judge
Dated: July 31, 2006