IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
plaintiff,

DOCKET No.1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC.

CAPTAIN ROBERT REIS

OFFICER PERRY

OFFICER HENRY PAUL

OFFICER DAVE DUMAS

OFFICER GEOFF WESTON

LPN MAUREEN ROCHA

FIVE UNKNOWN OFFICERS
defendants.

DATE. August 3rd, 2006

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.**

Here comes the plaintiff David Campbell Pro-Se, in the aboved captioned case acting without the aide of counselor and pursuant Rule 15(a) Fed. R. Civ.P. hereby move this Honorable Court for to grant this Motion For Leave to Amend Complaint for the first time as a matter of Law and Justice.

Plaintiff states that on July 18th, 2006, the defendants responded to the plaintiff request for Interrogatories, in which the defendants did provide the plaintiff with some of the names of the defendants who were present at the scene on the day of the plaintiff departure from the Wyatt Detention Facility, and played a part in the conspiracy to destroy the plaintiff Legal Court Documents.

Plaintiff states that he would like to insert the names of

these defendants into the record as defendants in this complaint because they were present when a Constitutional violation occured and have the power to stop the violation but did nothing to prevent the violation of the plaintiff Constitutional Rights.

WHEREFORE, plaintiff prays that this Honorable Court Grant this Motion For Leave to File Amended Complaint, which will allow the plaintiff to seeks the redress he so requires for the violation of his Constitutional Rights, caused by the actions and inactions of the defendants.

Respectfully Submitted

David Campbell/Plaintiff

By: [signature]
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

**CERTIFICATION OF SERVICE.**

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 3rd day of Aug., 2006. A copy was sent to the Office of the following:

Atty. Dennis T. Greico
GIDLEY, SARLI, & MARUSKA, LLP
One Turks Head PLace, Suite 900
Providence, RI. 02903

Clerks Office
United States District Court
U.S. Courthouse
119 Federal Building and Courthouse
One Exchange Terrace,
Providence, RI. 02903-1779

Respectfully Submitted

David Campbell/Plaintiff

By: [signature]
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA.18472

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
plaintiff,

DOCKET No. 1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC.

CAPTAIN ROBERT REIS

OFFICER PERRY

OFFICER HENRY PAUL

OFFICER DAVE DUMAS

OFFICER GEOFF WESTON

LPN MAUREEN ROCHA

FIVE UNKNOWN OFFICERS.
defendants.

DATE. August 3rd, 2006

MEMORANDUM IN SUPPORT OF MOTION

FO LEAVE TO AMEND COMPLAINT.

Plaintiff now files this Motion for Leave to Amend Complaint in order to insert the names of some of the defendants that was unknown to the plaintiff at the time of filing the original complaint. The names of the individuals now been inserted in this complaint have direct involvment in the violation of the plaintiff Constitutional Rights.

On July 18th, 2006, the defendants responded to the plaintiff interrogatories and provided the plaintiff with some of the names of the defendants that were involved. With this new information the plaintiff now needs to Amend the complaint to includes these defendants as to how they were there at the time of the violation of the plaintiff Constitutional Rights, when the

defendants had conspired to destroy the plaintiff Legal Court Documents. The enviornment was hostile at the time of the plaintiff's departure from the Wyatt Detention Facility, and in their capacity as Custodians and Guards of the plaintiff's person they were responsible to prevent any acts of violation of the plaintiff's person or property. And their knowledge of what transpired that day and lack of action to prevent the Constitutional violation of the plaintiff's Constitutional Rights, made them an actor thereof.

Rule 15(a) Fed. R. Civ. P. requires that, after a responsive pleading has been served, a complaint may not be Amended without leave of the court. However, the Rule provide that "Leave shall be freely giving when Justice so requires." Foman v. Davis, 371 U.S. 178, 182, 9 L.Ed. 2d. 222, 83 S.Ct. 227 (1967).

Leave should be granted in the absence of reasons, such as " undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure the deficiencies by amendment previously allowed, undue prejudice to the opposing party by viture of allowance of the amendment, futility of amendment, etc...." Foman v. Davis, 371 U.S. 178 at 182.

Plaintiff states that this Amendment to the complaint is to insert names that was previously listed as John Doe, and to add more defendants to the complaint, defendants who were directly involved in the action complained of in the original complaint but were not listed therein.

WHEREFORE, plaintiff prays that this Honorable Court

grant this motion for leave to amend complaint as a matter of Law and Justice so that the plaintiff can seeks redress for the wrong done to him by the actions and inactions of the defendants. Plaintiff further states that this Honorable Court should view this Pro-Se complaint in the light most favorable to the pro-se complainant, and not applied the stringent standard it would to a brief drafted by an attorney who is skilled in the science of Law.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

## CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 3rd, day of Aug., 2006. A copy was sent to the Following:

Atty. Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Ckerk's Office
United States District Court
U.S. Courthouse
119 Federal Building and Courthouse
One Exchange Terrace,
Providence, RI. 02903-1779

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472