IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
plaintiff,

DOCKET No.1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC.

CAPTAIN ROBERT REIS

OFFICER PERRY

OFFICER HENRY PAUL

OFFICER DAVE DUMAS

OFFICER GEOFF WESTON

LPN MAUREEN ROCHA

FIVE UNKNOWN OFFICERS
defendants.

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☑ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 8/29/06

DATE. August 3rd, 2006

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.

Here comes the plaintiff David Campbell Pro-Se, in the aboved captioned case acting without the aide of counselor and pursuant Rule 15(a) Fed. R. Civ.P. hereby move this Honorable Court for to grant this Motion For Leave to Amend Complaint for the first time as a matter of Law and Justice.

Plaintiff states that on July 18th, 2006, the defendants responded to the plaintiff request for Interrogatories, in which the defendants did provide the plaintiff with some of the names of the defendants who were present at the scene on the day of the plaintiff departure from the Wyatt Detention Facility, and played a part in the conspiracy to destroy the plaintiff Legal Court Documents.

Plaintiff states that he would like to insert the names of

these defendants into the record as defendants in this complaint because they were present when a Constitutional violation occured and have the power to stop the violation but did nothing to prevent the violation of the plaintiff Constitutional Rights.

WHEREFORE, plaintiff prays that this Honorable Court Grant this Motion For Leave to File Amended Complaint, which will allow the plaintiff to seeks the redress he so requires for the violation of his Constitutional Rights, caused by the actions and inactions of the defendants.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

**ORDER**

**GRANTED. Plaintiff is directed to file his Amended Complaint with the Clerk of the Court within ten (10) days.**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: September 11, 2006**

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 3rd day of Aug., 2006. A copy was sent to the Office of the following:

Atty. Dennis T. Greico
GIDLEY, SARLI, & MARUSKA, LLP
One Turks Head PLace, Suite 900
Providence, RI. 02903

Clerks Office
United States District Court
U.S. Courthouse
119 Federal Building and Courthouse
One Exchange Terrace,
Providence, RI. 02903-1779

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA.18472