united States District court

District of Rhode Island

David Campbell Pro-se Plaintiff    Docket no: 1:05-cv-00428-T-JH

-vs-

Cornell Corp. Inc., Et Al., Defendants    Date: September 20th, 2006

Motion for Extention of Time.

Here comes the plaintiff David Campbell Pro-se in The Above Captioned Case acting without the aide of Counselor and pursuant to the Rules of Fed. R. Civ. P. Plaintiff hereby move this Honorable Court to Grant this Motion for An Extention of Time in favor of the plaintiff within which time plaintiff will file his amended Complaint.

Plaintiff States that the reasons for making this Request ~~upon~~ for An Extention of Time upon this Honorable Court is two fold. Firstly plaintiff is Confined in the Segregation Housing Unit of the facility on Administrative Detention, And is unable to get the Amended Complaint from his property which is now in Storage at The Control of The property officer, Plaintiff have made The Request in writing upon the property officer to allow the plaintiff to retrive the Said Documents from

his property for the purpose of Mailing Said Documents to the Court. However, plaintiff has not yet received a response from the property officer concerning this matter, and is unable to do anything further as to how all information concerning the Amended Complaint is contained in the plaintiff's legal property. Secondly, the plaintiff states that the Amended Complaint, one original and two copies was mailed to the Court on Aug. 3rd, 2006, along with the motion for leave to Amend Complaint, and should be in the possession of the Court's Clerks, and at the behest of the Court the Amended Complaint can be admitted to the docket as filed.

On 9/13/06, the plaintiff sent a correspondence to the Clerks office, enquiring of this matter, and is also awaiting a response from the Clerk. If the Amended Complaint which was sent to the Clerk on 8/3/06, is deemed filed, then this motion for Extention of Time is moot.

Plaintiff is now requesting a thirty days Extention of Time for up until 10/11/06, for the plaintiff to file the Amended Complaint, for the reasons stated above, and to how this is the first motion for an Extention of time filed by the plaintiff concerning this matter.

Wherefore, plaintiff prays that this Honorable Court will Grant this motion for an Extention of Time in favor of the pro-se litigant and allow the plaintiff

to file his Amended Complaint on 10/11/06. As a matter of law and Justice.

Respectfully Submitted

David Campbell / Plaintiff

By: David Campbell

David Campbell Pro-se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

Certification of Service

I Hereby Certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 20th day of Sept, 2006. A Copy was sent to the office of the following:

Atty. Dennis T. Grieco
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell / Plaintiff

By David Campbell

David Campbell Pro-se
U.S.P. Canaan
P.O. Box 300

Date Executed 9/20/06