CA05-428

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

Atty. Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Date. Sept. 6th, 2006

RE: Campbell v. Cornell Corr. Inc., ET AL.,
Case No. 1:05-cv-00428-T-JH:Good Faith Effort.
Local Rules Of The United States District Court, Rule 9(d)(2).

Dear Mr. Greico:

This correspondence is in regards to my request for Interrogatories that was filed on August 4th, 2006, and a follow up to my August 6th, 2006, Good Faith Effort letter to you. Both of which has not been acknowledged by your office.

Sir, I am asking that you please comply with the rules of the Court and instruct your clients to search their files and locate all files and informations coming within the scope of my request for Interrogatories and Production of Documents, and send them to me at once for inspection. I have fully complied with the Rules and have given your Office ample time to conduct the investigation from your end of the spectrum to gathered the information requested in the request for Interrogatories and Production of Documents.

Sir, I am again asking that you please have this information ready or, have your response to my request on or, before the Eighteen day of September, 2006. If I am not in receipt of your response by 9/18/06, I will be forced to file a Motion to Compel in the Court.

Thank you for your assistance in this matter. In the interim I await your response, I hope it will be handled expeditiously.

Sincerely Yours,

David Campbell

David Campbell Pro-Se

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record, on this the 6th, day of Sept., 2006. A copy was sent to the Office of the following:

Atty. Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472