IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO. 1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC. ET. AL.,
defendants.

DATE. August 4th, 2006

PLAINTIFF DAVID CAMPBELL PRO-SE SECOND SET OF

REQUEST FOR PRODUCTION OF DOCUMENTS UPON

DEFENDANTS CORNELL CORR. INC., AND OFFICER APRIL PERRY.

Pursuant to Fed. R. Civ. P. 34, the plaintiff David Campbell Pro-Se, propound the following request for the production of documents from the defendants Cornell Corr. Inc. and Officer April Perry, to be answered under oath within thirty (30) days after service. There request shall be deemed to be continued up to the time of trial so as to require supplemental answers if additional information or additional facts become available.

1. Please provide a accurate and legible copy of the Officers Log Book located in the R&D area, and the Medical Housing area, a complete copy of the pages for the date of May 6th, 2005 up until May 14th, 2005, from the medical housing area and a complete and accurate copy of the entire page for the date of May 25th, 2005, from the R&D area, showing th names of each Officers that brought food trays to the plaintiff while he was located in the medical housing area, and the names of each supervising Officers who made general tours of the medical housing area, from May 5th, 2005, up until May 14th, 2005. And a legible copy of the Officers Log Book located in the R&D area showing the names of all the Staff

Officers who were located in the R&D area on the morning of May 25th, 2005, including the names of all the Supervising Officers who were located in the R&D area on the morning of May 25th, 2005

2. Please provide a accurate and legible copy of the plaintiff dietary needs that has been delivered to the food service provider by the medical staff, that ensured the plaintiff David Campbell would be given the correct meal with regards to his religious needs.

3. Please provide a accurate and legible copy of the plaintiff refusal to eat, listed in the Officers Log Book located in the Medical Housing unit, from May 5th, 2005 up until May 14th, 2005.

4. Please provide any and all correspondence between plaintiff David Campbell and any Medical Staff, Correctional Officers, Supervising Officers from the plaintiff regarding his Meal while the plaintiff was located in the medical housing unit from May 6th, May 14th, 2005.

Respectfully Submitted

David Campbell Pro-Se

By: [signature]

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 4 th day of August, 2006. A copy was sent to the Office of the following:

Atty. Dennis T. Greico
GIDLEY, SARLI, & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell/Plaintiff

By: [signature]
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18572