**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL**

**v.** **C.A. No. 05-428 T**

**CORNELL CORRECTIONS, INC.**, et al.

# ORDER

This matter is before the Court on the motion of the *pro se* plaintiff to extend the time in which he is to file an Amended Complaint. Alternatively, plaintiff seeks this Court to docket the proposed Amended Complaint, filed as an Exhibit, see Dckt # 16-2, as the Amended Complaint. Defendants have not objected.

After consideration of the motion, plaintiff's motion to extend time is **denied**. Plaintiff's motion is **granted** in all other respects. The Clerk of Court shall docket the proposed Amended Complaint, Dckt # 16-2, as the Amended Complaint.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 10 OCT 2006