**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL**

**v.** **C.A. No. 05 - 428 T**

**CORNELL CORRECTIONS**, et al.

# ORDER

This matter is before the Court on the application of the *pro se* plaintiff, David Campbell, to compel defendant Cornell Corrections, Inc., and defendant - Officer April Perry to respond to plaintiff's "second request for production of documents" and plaintiff's "second set of interrogatories." Defendants have not objected.

Upon consideration of the motion, and of Fed. R. Civ. P. 37, plaintiff's motion is hereby **GRANTED**. Defendants Cornell Corrections and Officer Perry shall provide responses to plaintiff's "second request for production of documents" and plaintiff's "second set of interrogatories" within twenty days of the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 14 Nov 06