IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET No. 1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC., ET AL.,
Defendants.

DATE. November 21st, 2006

MOTION TO EFFECT SERVICE UPON THE DEFENDANTS.

here comes the plaintiff David Campbell Pro-Se in the above captioned case acting without the aide of counsel and pursuant to Fed. R. Civ. P. Rule 4, hereby move that the United States Federal Marshal Service of Rhode Island to locate and served upon the defendants listed herein this complaint, a Notice of Lawsuit ans Request for Waiver of Service of Summons with an attach Summons in a Civil Case, at the defendants place of employement.

On Nov. 10th, 2005, the United States District Court in Rhode Island granted the plaintiff request to proceed in Forma Pauperis pursuant to 28 U.S.C. § 1915.(attached hereto) Plaintiff now move that the United States Federal Marshals served the defendant(s) Captain Robert Reis, Officer Henry Paul, Officer Dave Dumas, Officer Geoff Weston, and LPN Maureen Rocha, all the defendants are employed by Cornell Corr. Inc., and work at the Donald W. Wyatt Detention Facility, located at 950 High Street, Central Falls, RI. 02863.

WHEREFORE, plaintiff prays that the United States Marshals will locate the defendants and make service upon them in accordance with the Fed. R. Civ. P. Rule 4.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

CERTIFICATION OF SERVICE.

I herebv certify that a copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 21st day of November, 2006. A copy was sent to the Office the Clerk United States District Court, U.S. Courthouse, 119 Federal Building & Courthouse, One Exchange Terrace, Providence, RI.02903-1779.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472