DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO. 1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC., ET AL.,
Defendants.

DATE: November 21st, 2006

MOTION FOR INJUNCTION TO FREEZE ASSETS.

Here comes the plaintiff David Campbell Pro-Se in the above captioned case acting without the aid of counsel and pursuant to Fed. R. Civ. P. Rule 64, hereby move this Honorable Court for an Injunction to Freeze the Defendants, Cornell Corr. Inc., Captain Robert reis, Officer Perry, Officer henry Paul, Officer Dave Dumas, Officer Geoff Weston, and LPN Maureen Rocha, Assets.

Plaintiff urges this Honorable Court to issue a Freeze Order upon the defendants to hold and retain within their control, and otherwise prevent any Disposition, Transfer, Pledge, Encumberance, Assignment, Dissipation, Consealment or other disposal whatsoever of any funds or other Assets in the possession of the defendants Cornell Corr. Inc., and to prevent the defendants Captain Robert Reis, Officer Perry, Officer Henry Paul, Officer Dave Dumas, Officer Geoff Weston, and LPN Maureen Rocha, from Transfering any Funds, Property, withdrawal of Funds from Bank Account(s), sales of Property, or other disposal whatsoever of any Funds or other Assets.

The reasons and presidents are set forth in the attached Memorandum of Law in support of this argument.

WHEREFORE, plaintiff prays that this Honorable Court will

**ORDER**

**DENIED. No Legal basis exists to grant the instant motion.**

**Jacob Hagopian**
**Senior U.S. Magistrate Judge**
**Date: December 12, 2006**

Referred to U.S.M.J. Hagopian
☐ for findings & recommendations
☑ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 12/6/06

make a ruling in favor of the Pro -Se plaintiff and Issue a Freeze of Assets on the defendants properties.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 21st day of November, 2006. A copy was sent to the Office of the Following:

Atty. Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head PLace, Suite 900
Providence, RI.02903

Office Of the Clerk
United States District Court
U.S. Courthouse
119 Federal Building & Courthouse
One Exchange Terrace
Providence, RI. 02903-1779

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472