**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL,** *pro se*

**v.** **C.A. No. 05- 428 T**

**CORNELL CORRECTIONS, INC.,** et al.

**ORDER**

On October 13, 2005, Plaintiff David Campbell, an inmate incarcerated at a federal prison in Pennsylvania, filed a *pro se* Complaint and named as defendants Cornell Corrections, Inc, Lieutenant Reis, and Officer Perry. On February 7, 2006, I issued an Order directing the U.S. Marshals Service to serve the Complaint and summons on the named defendants. Pursuant to this Order, it appears that some defendants may have been served. However, no returns of service have been filed or docketed with the Clerk of Court. Thereafter, on October 11, 2006 plaintiff filed an Amended Complaint wherein he added several defendants and on November 27, 2006, plaintiff filed a motion seeking the U.S. Marshal to serve the new defendants.

Accordingly, plaintiff's motion for service by the U.S. Marshal is hereby **GRANTED**. The United States Marshals Service is hereby **ORDERED** to serve forthwith a copy of the Amended Complaint and a summons on the following named defendants: Cornell Corrections, Inc., Captain Robert Reis, Officer Perry, Officer Henry Paul, Officer Dave Dumas, Officer Geoff Weston and LPN Maureen Rocha.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
December 12, 2006