UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO. 1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC., ET AL.,
Defendants.

DATE: December 11th, 2006

AFFIDAVIT OF DAVID CAMPBELL
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT.

I, David Campbell Pro-Se, depose and say, I am the plaintiff in this complaint, and thefollowing statement made herein is true and correct.

1.) On 8/4/06, plaintiffs' filed a Request for Interrogatories and Production of Documents upon the defendants pursuant to Fed. R. Civ. P. 33 and Rule 34, including two separate sets of Good Faith Efforts letters in accordance with the United States District Court Local Rule 9(d)(2).

2.) The defendants refused to comply with the Rules of the Court and did not file a response.

3.) On 9/18/06, plaintiffs' filed a Motion to Compel upon the defendants.

4.) On 11/15/06,the Court Granted plaintiffs' Motion to Compel and Ordered the defendants to file their response to the plaintiffs' Request for Interrogatories and Production of Documents within Twenty days of the Order.

5.) On 12/10/06, plaintiff file a Motion For Entry of Default against the defendants, for not complying with a Court's lawful Order.

6.) On 12/11/06, plaintiffs' also filed a Motion For Sanctions upon the defendants.

Respectfully Submitted

David Campbell/Plaintiff

By: [signature]

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

State of Pennsylvania

ss:Waymart

County of Wayne

On this the 5th day of December, 2006, before me, Cathy J. Gebert the undersigned officer David E. Campbell personally appears and satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purpose therein contained.

In witness thereof I hereunto set my hands and Official Seal.

[signature]
Signature of Notary Public.

NOTARIAL SEAL
Cathy J. Gebert, Notary Public
Honesdale Boro, Wayne County
My commission expires August 27, 2009

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 11Th day of December, 2006. A copy was sent to the Office of the following:

Atty. Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Clerk's Office
United States District Court
U.S. Courthouse
119 Federal Building & Courthouse
One Exchange Terrace
Providence, RI. 02903-1779

Respectfully Submitted

David Campbell/Plaintiff

BY: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472