UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO. 05-428 T

-vs-

CORNELL CORR. INC., ET. AL,
Defendants.

DATE. May 5th, 2006

REQUEST FOR INTERROGATORIES

AND PRODUCTION OF DOCUMENTS.

Here comes the plaintiff David Campbell Pro-Se, in the above captioned case acting without the aide of counselor and pursuant to the rules of the Fed. R. Civ. P. Rule 26 and Ruls 33, and in accordance with the United State District Court Local Rule 9(d)(2), the plaintiff hereby move the defendants to provide true and accurate responses to the questions presented herein this request for Interrogatories, and to produce the requested documents herein this request.

INTERROGATORIES.

1.) Please state, the date and time the plaintiff entered the Donald W. Wyatt Detention Facility?

Answer.________________________________

2.) Please state, who were the Property Officers working on shift at the time of the plaintiff entry of the facility?

(Answer)________________________________

3.) Please state, at the time of the plaintiff entry, did the plaintiff brought along with him any property?

( Answer)________________________________

4.) Please state, were the plaintiff property inspected at the time of entry into the facility? (yes/no)

5.) Please state, what materials were found in the plaintiff property?

(Answer) ______________________________________________

6.) Please state, during the plaintiff stay at the facility did the plaintiff make any phone call to friends, lawyers, or anyone inparticular? (yes/no)

7.) Please state, did the plaintiff received any correspondence or sent out any correspondence to friends or family members? (yes/no)

8.) Please state, did the plaintiff sent out any correspondence or received any correspondence from the Court or Attorney, any Legal correspondence inparticular? (yes/no)

9.) Please state, is there any rule in place to identify any correspondence leaving or entering the facility and to who or whom its been sent? (yes/no)

10.) Please state, is there any rule or regulation in place to identify any phone call made by inmates from an Institutional phone and to who the call is placed? (yes/no)

PRODUCTION OF DOCUMENTS.

1.) Please provide, a complete copy of the Log Book showing when the plaintiff entered into the Donald W. Wyatt Detention Facility.

2.) Please provide the correct names of the Officers who were working in the Property Room at the time of the plaintiff entry into the Facility. Full names and correct spelling.

3.) Please provide the full name and correct spelling of the Staff Nurse that were working on the night that the plaintiff entered into the facility.

4.) Please provide a full and complete copy of the Inmate Property [illegible]

Matrix Form depicting what property was in the plaintiff's possession when the plaintiff entered the Facility, and bearing the plaintiff's signature.

5.) Please provide an accurate copy of the Log Book located in the R&D area for the Morning of May 25th, 2005, showing when the plaintiff left the Facility.

6.) Please provide the full names and correct spelling of the Officers and Supervising Officers who were present in the R&D area on the Morning of May 25th, 2005.

7.) Please provide the full name and correct spelling of the two Transportation Officers who were at the Facility on the Morning of May 25th, 2005, and who transported the plaintiff to the Transportation Depot from the Donald W. Wyatt Detention Facility.

8.) Please provide a copy of the Log Book located in the Hospital Housing area of the Facility where the plaintiff wdre located at from the time of May 6th, until May 14th, 2005.

9.) Please provide a copy of the Property Matrix Form signed by the plaintiff on the Morning of May 25th, 2005.

10.) Please provide a complete copy of the plaintiff Medical Intake file for when the plaintiff entered the Facility on May 5th, 2005.

11.) Please provide any and all copies of request sent to the Food Service Supervisors on behalf of the plaintiff requesting a Special Diet for the plaintiff by any Supervising Officers, Counselors or Medical Personell.

12.) Please provide the full name and correct spelling for LT. Reis.

13.) Please provide any and all copies of any correspondence such as E-Mail, Fax, or Mail sent to the facility requesting the delivery of the plaintiff property by the plaintiff or, on behalf of the plaintiff from May 26th, 2005, up to Aug. 4th, 2005, including phone

conversation Counselors from the Metropolitian Detention Center, or Counselors, Case Managers, Warden, or any Administrative Directors from the U.S.P. Canaan..

Plaintiff further request that counsel for the defendants please instruct their clients to full comply with the Rules of the Court, and make a conscientious search of their files to locate and promptly forward to the plaintiff any and all materials coming within the scope of this request within (20) twenty days of the date affixed to this request.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed on this the 5Th day of MAY, 2006, and sent to the Office of Attorney Dennis T. Greico, of Gidley, Saril & Marusak, LLP, located at One Turks Head Place, Suite 900, Providence, RI. 02903.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472