David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

Atty. Dennis T. Greico
Gidley, Saril & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Date. May 5th, 2006

RE: Campbell v. Cornell Corr. Inc., ET. AL: C.A. No.:05-428T:
Request for Interrogatories and Production
Of Documents.:Good Faith Effort.

Good day Atty. Greico:

This correspondence is in Good Faith Effort, in accordance with the Local Rule Of the District Court, Rule 9(d)(2).

Enclosed, herewith is a copy of a request for Interrogatories and Production of Documents, which I am hoping that you will instruct your clients to fully comply with the rules of Law and make Good Faith effort in a conscientious search of their files to locate and promptly forward to the plaintiff any materials coming within the scope of this request.

Pursuant to 9(d)(2) Local Rules of the United States District Court, the plaintiff is making Good Faith Effort in contacting the defendants without the intervention of the Court, hoping that we can conduct the Discovery process of this case and hope that the defendants will make a showing of Good Faith Effort and provide the materials requested herein this request within the time allowed by the Law.

Thanks for your time and effort in this matter. In the interim I await your response, I hope it will be expeditiously. Please state On envelope "Open in Presence of Prisoner."

Sincerely Yours,

David Campbell

David Campbell Pro-Se
Inmate No. 10676-014

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoing was mailed postage prepaid and delivered to all parties on record on this the 5th day of May, 2006. A copy was sent to the office of the Following:

Atty. Dennis T. Greico
Gidley, Saril & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

Atty. Dennis T. Greico
Gidley, Sarli & Marusak. LLP
One Turks Head PLace, Suite 900
Providence, RI. 02903

Date: June 6th, 2006

RE: Campbell v. Cornell Corr. Ins., Et. Al.,
C.A. No. 05-428T.

Good day Atty. Greico:

This correspondence is in regards to a request for Interrogatories and Production of Documents that I sent to your Office on May 5th, 2006.

Sir , I am trying to conduct the process of discovery without the intervention of the court as required by the rules of the court, and I am asking that you please abide by the rules of the court and ask your clients to prepare and furnish the plaintiff with the requested materials as presented in the request. I did request them in Good Faith Effort. Your request for Interrogatories and Production of documents which were filed on May 26th, 2006, has been answered and delivered to your Office for inspection, I would request you do the samd by furnishing me with a response to the Requested Interrogatories and Production of Documents, that was filed for on May 5th, 2006.

I am asking that you please make your response available for inspection to within (10) ten business days, with respect to the Rules of the Court, and the Governing Rules of the Fed. Rules Of Civil Procedures.

Thank you for your time and effort in this matter. In the Interim I await your response.

Sincerely Yours,

David Campbell

David Campbell Pro-Se # 10676.014

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 6th day of June, 2006. A copy was sent to the Office of the following:

Atty. Dennis T. Greico
Gidley, Sarli & Marusak, LLP
One Turks Head PLace, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell/Plaintiff

By: [signature]
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

Atty. Dennis T. Greico
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Date. June 19th, 2006

RE: Campbell v. Cornell Corr. Inc., Et Al.,
C.A. No. 05-428T: Request for Interrogatories and Production of Documents: Good Faith Effort.

Dear Mr. Greico:

This correspondence is a follow up of my June 6th, 2006, Good Faith Effort letter that was sent to your Office in regards to my request for Interrogatories and Production of Documents that was mailed to your Office on May 5th, 2006.

Sir, in regards to the aforementioned request, I am still awaiting your response, which is pertinent to the continuation of this case, and your kind effort and response will generate good communication between opposing counsels. However, because of your lack of response, I am forced to send this follow up communication in hopes that you will send the requested materials that I have kindly asked for. Please bear in mind that you sent your request to me for Interrogatories and Production of Documents several days after I sent mine to you, and that I did response to your request in full. Now I am asking that you please extend that same courtesy to me, by sending the requested materials.

Again, I am asking that you please make your response available to me, with the requested materials included, within (10) Ten business days, from the date this correspondence was sent. Or, I will ask the court to intervene so that we can resolve this matter. I am asking that you please instruct your clients to cooperate in "Good Faith," an d search their files and locate any materials coming within the scope of this request and make them available to the plaintiff for inspection and copying. With respect to Fed. R. Civ. P. Rule 26.

Thank you for your assistance in this matter. In the interim I await your response, I hope it will be handled expeditiously.

Sincerly Yours,

David Campbell

David Campbell Pro-Se, # 10676.014

## CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties on record on this the 19th day of June, 2006. A copy was sent to the Office Of Attorney Dennis T. Greico, of Gidley, Sarli & Marusak, LLP, located at One Turks Head Place, Suite 900, In the State of Rhode Island, City of Providence.

TO: Atty. Dennis T. Greico
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472