UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL,
Plaintiff

VS. C. A. NO. 00-011 T

CORNELL CORRECTIONS OF
RHODE ISLAND, INC., ET AL,
Defendants

**DEFENDANTS', RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF, DAVID CAMPBELL**

**REQUEST 1.** Please provide, a complete copy of the Log Book showing when the plaintiff entered into the Donald W. Wyatt Detention Facility.

**RESPONSE NO. 1:** Please see facility booking sheet marking the time of arrival and the Transporting Officers information as attached.

**REQUEST 2.** Please provide the correct names of the Officers who were working in the Property Room at the time of the plaintiff entry into the Facility. Full names and correct spelling.

**RESPONSE NO.2 :** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving this objection, the Defendants state Officer John Antunes.

**REQUEST 3.** Please provide the full name and correct spelling of the Staff Nurse that were working on the night that the plaintiff entered into the facility.

**RESPONSE NO. 3:** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving this objection, the Defendants state LPN Maureen Rocha.

**REQUEST 4.** Please provide a full and complete copy of the Inmate Property Matrix Form depicting what property was in the plaintiff's possession when the plaintiff entered the Facility, and bearing the plaintiff's signature.

**RESPONSE NO. 4:** Objection, this Request is vague as it is unclear what form is being referred to. Without waiving this objection, please find attached hereto a copy of the Detainee Personal Property Record dated May 6, 2005.

**REQUEST 5.** Please provide an accurate copy of the Log Book located in the R&D area for the Morning of May 25th, 2005, showing when the plaintiff left the Facility.

**RESPONSE NO. 5:** See attached document with unrelated entries redacted due to irrelevant and security related nature of the information.

**REQUEST 6.** Please provide the full names and correct spelling of the Officers and Supervising Officers who were present in the R&D area on the Morning of May 25th, 2005.

**RESPONSE NO. 6:** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving said objection, Defendants state Captain Robert Reis, Officer Henry Paul, Officer Dave Dumas and Officer Geoff Weston had duties involving the R&D area on the morning of May 25, 2006.

**REQUEST 7.** Please provide the full name and correct spelling of the two Transportation Officers who were at the Facility on the Morning of May 25th, 2005, and who transported the plaintiff to the Transportation Depot from the Donald W. Wyatt Detention Facility.

**RESPONSE NO. 7:** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving said objection, Defendants state Officer Dave Dumas and Officer Geoff Weston.

**REQUEST 8.** Please provide a copy of the Log Book located in the Hospital Housing area of the Facility where the plaintiff was located at from the time of May 6th, until May 14th, 2005.

**RESPONSE NO. 8:** No entries were made in the HSU Logbook from May 6, 2005 – May 14, 2005.