# RESPONSE 5

0634 (TTI)(arms/wec tam) DORMAT W/

CAMPBELL, STAROTTO L

ARRUPT 05.25.05

[redacted]

**RESPONSE NO. 13:** Objection. This request is vague and somewhat indecipherable. Without waiving said objections, Defendants do not have any "correspondence such as E-mail, Fax, or Mail" as described in this request.

Defendants,
Cornell Corrections of Rhode Island, Inc. and
Officer April Perry,
By their attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se #10676014
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472
This letter is to be opened in the presence
of the prisoner whose name is printed on the envelope.

I hereby certify that on the 18th day of July, 2006, I mailed a true copy of the within to counsel of record, as above.