UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE
Plaintiff,

DOCKET NO. 1:05-CV-00428-T-JH

-vs-

CORNELL CORR. INC., ET AL.,
Defendants.

DATE. December 11th, 2006

AFFIDAVIT OF DAVID CAMPBELL IN SUPPORT

OF MOTION TO IMPOSE SANCTIONS.

Plaintiff David Campbell, Pro-Se depose and say that the Information contained herein is true and correct under penalty of law.

1.) On 8/4/06, plaintiffs' filed a Request for Interrogatories and Production Of Documents upon the defendants at the costs of $ 2.75,for copying and $1.20 for postage.

2.) On 9/6/06, plaintiff sent another good Faith effort letter to counsel at the costs of $ .50¢ for copying and $ .39¢, for postage.

3.) On 9/18/06, plaintiff filed a motion to Compel the defendants to respond to the rerquest for Interrogatories and Production of Documents at the costs of $21.25, for copying and $ 8.50, for postage.

4.) On 12/11/06, plaintiffs' filed a Motion to Imposed Sanctions and a Motion for Entry of Default against the defendants at the costs of $ 20.00 , for copying and $ 8.50 , for postage.

5.) Plaintiff spend a total of $ 3.00 , for envelopes and a total of $18.59 for stamps, anda total of $ 44. 50 for copying.

6.) Plaintiffs' spend a total of 162 hours in the Law Liburary doing Legal research and other activites concerning this case at

the costs of $ 10.00, per hour.

7.) Plaintiff should be compensated at the grand total of $1,683.45¢ .

Respectfully submitted

David Campbell/Plaintiff

By: [signature]

David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

State of Pennsylvania

ss:Waymart

County of Wayne

On this the 5th day of December, 2006, before me, Cathy J. Gebert, the undersigned officer, David E. Campbell, personally appeared and satisfactorily proven to be the person name is subscribed to thewithin instrument and acknowledged that he executed the same for the purpose therein contained.

In witness thereof I hereunto set my hands and Official Seal.

[signature: Cathy J. Gebert]
Signature of Notary

NOTARIAL SEAL
Cathy J. Gebert, Notary Public
Honesdale Boro, Wayne County
My commission expires August 27, 2009

CERTIFICATION OF SERVICE.

I hereby certify that a copy of the foregoings was mailed ppstage prepaid and delivered to all parties on record on this the 11th day of December, 2006. Acopy wassentto the Office of the following:

Atty.Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, R.I. 02903

Office Of The Clerk
United States District Court
U.S. Courthouse
119 Federal Building & Courthouse
One Exchange Terrace
Providence, RI. 02903-1779

Respectfully Submitted:

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472