U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF David Campbell | COURT CASE NUMBER CA05-428T |
| DEFENDANT Cornell Corrections, et al. | TYPE OF PROCESS Summons + Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cornell Corrections, Inc.;Robert Reis; Officer Perry; Henry Paul; Dave Dumas; Geoff Weston; Maureen Rocha

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
Wyatt Detention Center, Central Falls, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Campbell
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

| | |
|---|---|
| Number of process to be served with this Form - 285 | 7 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

RECEIVED 2006 DEC 18 P 2:3? U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Defendant Robert Reis may be at MCI-Cedar Junction, South Walpole, MA

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT x Court | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 401-752-4210 | 12/10/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward Kawa | 12/18/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Tina L. Hasson - Legal Secretary +

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 12/21/06 Time: 14:30 am (pm)

Signature of U.S. Marshal or Deputy: Robert D. Young

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | $ 7.12 | | $ 52.12 | | $ 52.12 | |

REMARKS: Served All Above Current Employees of Wyatt @ Law office of Atty Dennis Grieco. 16 miles (Terry Higgins)
Less: Reis, Dumas, And Rocha.
Note: Attempted To Serve @ Wyatt, Directed To Above Attorney's office by H.R.

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)