UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL,
Plaintiff

VS. C. A. NO. 05-428 T

CORNELL CORRECTIONS OF
RHODE ISLAND, INC., ET AL,
Defendants

**DEFENDANTS, CORNELL CORRECTIONS OF RHODE ISLAND, INC'S MEMORANDUM IN REPLY TO PLAINTIFF, DAVID CAMPBELL'S OBJECTION TO ITS MOTION TO COMPEL PLAINTIFF TO PROVIDE MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

The Defendants, Cornell Corrections of Rhode Island, Inc., pursuant to the provisions of U.S. Dist. Crt. Rule 7(b)(2), hereby submit this memorandum in reply to *pro se* Plaintiff, David Campbell's objection to its motion to compel more responsive answers to interrogatories. In response to said objection and without repeating or waiving the assertions made in their Motion to Compel Plaintiff to Provide More Responsive Answers to Interrogatories, Defendants aver the following:

1. Plaintiff's statement that he cannot fully state the names and addresses of the facilities at which he was detained, the dates of his detainment, or the dates and description of any disciplinary charges against him while in those facilities because Defendants "destroyed the plaintiff's documents" is unpersuasive. These are Interrogatories. As Plaintiff demonstrated in his First Response to Defendants' Request for Production when he sent his response from a prison in Brooklyn, New York, he knows the address of at least one prison. Beyond that, Plaintiff can answer using his memory. Accordingly, Plaintiff should be compelled answer Interrogatory No. 5 in full.

Defendants,
Cornell Corrections of Rhode Island, Inc.
By its attorney,

*/s/ Dennis T. Grieco II*
Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (Fax) 331-9304
DTG@GSM-law.com

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se
U.S.P. P.O. Box 300
Waymart, PA 18472

I hereby certify that on the 12th day of January, 2007, I mailed and/or had hand-delivered a true copy of the within to counsel of record, as above.

*/s/ Dennis T. Grieco II*