**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL**

**v.** **C.A. No. 05- 428 T**

**CORNELL CORRECTIONS, INC.**, et al.

**ORDER**

This matter is before the Court on several motions:

1. On December 11, 2006, defendants filed a motion to compel a more responsive answer to Interrogatory No. 5 (See Dckt # 26). Plaintiff objected, indicating that defendants destroyed his records while he was confined at the Wyatt Detention Center. After consideration of the motion, and of the objection thereto, defendants' motion is **GRANTED**. Plaintiff shall provide the information that the defendants seek to the best of his knowledge.

2. On December 11, 2006, defendants filed a motion to compel a further response to the their request for the production of documents ( See Dckt # 27). Specifically, defendants seek a further response to Request Nos. 8 (psychiatric/psychological records, etc.), 9 (psychiatric/psychological records, etc.), 12 (writings/documents relating to the incidents described in the Complaint), and 16 (plaintiff's incarceration files from the prisons where he has been confined). Plaintiff has objected, indicating, in part, that he does not possess the documents sought.

After consideration of the motion, and of the objection thereto, defendants' motion to compel is **GRANTED**. Plaintiff is hereby ordered to produce any and all of the requested information that is in his possession and/or control. If the plaintiff can not access the documents due to his incarceration, plaintiff is directed to sign a release provided by the defendants so that they may access the necessary documents.

3. On December 14, 2006, plaintiff filed a motion seeking the entry of default (Dckt # 30) and a motion for sanctions (Dckt # 32) due to the defendants' failure to timely respond to a discovery Order. Defendants objected, admitting that they did indeed failed to respond timely to the Order but a response was forthcoming. After consideration of the motions, and of the objections thereto, plaintiff's motions are **DENIED**. Defendants' failure to comply was not willful, and more importantly, defendants have seemingly complied with the Court Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 30, 2007