UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CAMPBELL, Pro Se | ) | |
| | ) | |
| | ) | C.A. NO.: 05-428T |
| vs. | ) | |
| | ) | |
| CORNELL CORRECTIONS INC., ET AL | ) | |

**DEFENDANTS CORNELL CORRECTIONS OF RHODE ISLAND, INC. AND OFFICER APRIL PERRY'S OBJECTION TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

Defendants Cornell Corrections of Rhode Island, Inc. and Officer April Perry, pursuant to District Court Local Rule 7(b), hereby object to Plaintiff's Motion for Judgment by Default. In support of their objection, Defendants rely upon and incorporate the accompanying memorandum of law.

Cornell Corrections of Rhode Island, and
Officer April Perry,
By their Attorneys,

*/s/ Dennis T. Grieco II*

Dennis T. Grieco II # 5057
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 – FAX 331-9304

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February 2007, a true and accurate copy of the within was served upon:

David Campbell, Pro Se
U.S.P. P.O. Box 300
Waymart, PA 18472

*/s/ Dennis T. Grieco II*

Dennis T. Grieco II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID CAMPBELL, Pro Se | ) | |
| | ) | |
| | ) | C.A. NO.: 05-428T |
| vs. | ) | |
| | ) | |
| CORNELL CORRECTIONS INC., ET AL | ) | |

**DEFENDANTS CORNELL CORRECTIONS OF RHODE ISLAND, INC. AND OFFICER APRIL PERRY'S MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT**

The Defendants, Cornell Corrections of Rhode Island, Inc. and Officer April Perry, pursuant to the provisions of U.S. Dist. Crt. Rule 7(b)(1), hereby submit this memorandum in support of their objection to *pro se* Plaintiff, David Campbell's Motion for Judgment by Default. In support of their objections, Defendants aver the following:

1. On January 11, 2007, Defendants filed with the Court their objection to Plaintiff's Motions for Entry of Default and Motion for Sanctions. Thus, Plaintiff's assertions in the instant Motion for Judgment by Default, dated January 15, 2007, that the Defendants have not objected to either of his motions is unfounded.
2. On January 16, 2007, Defendants sent the Plaintiff, via first-class mail, postage pre-paid, their responses to Plaintiff's second request for production of documents. Furthermore, on January 30, 2007, Defendants sent the Plaintiff, via first-class mail, postage pre-paid, their answers to Plaintiff's second set of interrogatories. Thus, Plaintiff's assertions that Defendants have not met their discovery obligations to him are unfounded. Accordingly, Plaintiff's Motion should be denied.

Defendants,
Cornell Corrections of Rhode Island, Inc.
and Officer April Perry
By their attorneys,

*/s/ Dennis T. Grieco II*

Dennis T. Grieco II #5057

GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (Fax) 331-9304
DTG@GSM-law.com

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se
U.S.P. P.O. Box 300
Waymart, PA 18472

I hereby certify that on the 1st day of February, 2007, I mailed and/or had hand- delivered a true copy of the within to counsel of record, as above.

*/s/ Dennis T. Grieco II*