Michael G. Sarli*
James P. Marusak*
Michael R. De Luca*
Dennis T. Grieco II*

Matthew D. Rocheleau*
Per C. Vaage*
Kara M. Hoopis*
Michael P. Quinn, Jr.*
Thomas D. Gidley, Retired

* *Also admitted in Massachusetts*

One Turks Head Place, Suite 900
Providence, Rhode Island 02903
Telephone 401-274-6644
Fax 401-331-9304

Gidley, Sarli & Marusak, LLP
ATTORNEYS AT LAW

January 30, 2007

Hon. Magistrate Justice Jacob Hagopian
United States District Court
District of Rhode Island
Two Exchange Terrace
Providence, RI 02903

**RE: David Campbell v. Cornell Corrections of Rhode Island, Inc. et al**
**C.A. No. 05-428 T-JH**

Dear Magistrate Judge Hagopian;

I am writing in regards to Plaintiff's Motions for Entry of Default and for Sanctions, referred to you on January 8, 2007. In the interests of the Court's time and in keeping the Court apprised of developments in this matter, I am writing to advise you that on January 16, 2007 the Defendants, Cornell Corrections of Rhode Island, Inc. and Officer April Perry's responses to Plaintiff's second request for production were sent to the Plaintiff by first-class mail. Also, on January 30, 2007, Cornell Corrections of Rhode Island, Inc. and Officer April Perry's answers to Plaintiff's second set of interrogatories were sent to the Plaintiff by first-class mail.

I hope this information is helpful and will obviate the need for hearing on this matter. Thank you for your attention and consideration. If you have any questions or comments, please do not hesitate to contact me.

Sincerely,

Dennis T. Grieco II

DTG:pcv

cc: David Campbell, *pro se*