UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL,
Plaintiff

VS. C. A. NO. 05-428 T

CORNELL CORRECTIONS OF
RHODE ISLAND, INC., ET AL,
Defendants

**DEFENDANTS CORNELL CORRECTIONS OF RHODE ISLAND, INC. AND OFFICER APRIL PERRY'S RESPONSE TO PLAINTIFF DAVID CAMPBELL'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

**REQUEST No. 1:** Please provide a accurate and legible copy of the Officers Log Book located in the R&D area, and the Medical Housing area, a complete copy of the pages for the date of May 6, 2005 up until May 14th, 2005, from the medical housing area and a complete and accurate copy of the entire page for the date of May 25th, 2005 from the R&D area, showing the names of each Officers that brought food trays to the plaintiff while he was located in the medical housing area, and the names of each supervising Officers who made general tours of the medical housing area, from May 5th , 2005 up until May 14th, 2005, And a legible copy of the Officers Log Book located in the R&D area showing the names of all the Staff Officers who were located in the R&D area on the morning of May 25, 2005, including the names of all the Supervising Officers who were located in the R&D area on the morning of May 25th, 2005

**RESPONSE:** Defendants object to Further Request No. 1 to the extent it seeks information already provided in Responses to Plaintiff's First Requests for Production No.'s 5, 6, 7 and 8. Without waiving said objection, no entries were made in the HSU Logbook from May 5, 2005 to May 14, 2005. Defendant further objects on the grounds that documents sought in this request are not reasonably calculated to lead to the discovery of admissible evidence and contain confidential health care information.

**REQUEST No. 2:** Please provide a accurate and legible copy of the plaintiff dietary needs that has been delivered to the food service provider by the medical staff, that ensured the plaintiff David Campbell would be given the correct meal with regards to his religious needs.

**RESPONSE:** Objection. This request is vague as it is unclear what document the Plaintiff is seeking. Without waiving said objection, Defendant does not have any written communications between the Health Services Unit and the Dietary Service regarding any restriction on the Plaintiff's diet.

**REQUEST No. 3:** Please provide a accurate and legible copy of the plaintiff refusal to eat, listed in the Officers Log Book located in the Medical Housing unit, from May 5th, 2005 up until May 14th, 2005.

**RESPONSE:** As this request replicates part of Further Request No. 1, please refer to defendants' Response No. 1.

**REQUEST No. 4:** Please provide any and all correspondence between the plaintiff David Campbell and any Medical Staff, Correctional Officers, Supervising Officers from the plaintiff regarding his Meal while the plaintiff was located in the medical housing unit from May 6th, May 14th, 2005.

**RESPONSE:** None.

Defendants,
Cornell Corrections of Rhode Island, Inc. and
Officer April Perry,
By their attorneys,

[signature]

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

## CERTIFICATE OF SERVICE

David Campbell, Pro Se #10676014
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472
This letter is to be opened in the presence
of the prisoner whose name is printed on the envelope.

I hereby certify that on the 16th day of January, ~~2006,~~ 2007 I mailed a true copy of the within to counsel of record, as above.

[signature]