**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL**

**v.** **C.A. No. 05 - 428 T**

**CORNELL CORRECTIONS, INC.**, et al.

**Report and Recommendation**

Jacob Hagopian, Senior United States Magistrate Judge

This matter is before the Court on the motion of the *pro se* plaintiff for a judgement by default pursuant to Fed. R. Civ. P. 37(b)(2)(C). Defendants have objected thereto. This matter has been referred to me for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). For the reasons that follow, I recommend that the motion be denied.

**Discussion**

Plaintiff filed a motion for a default judgement pursuant to Fed. R. Civ. P. 37(b)(2)(C) claiming, as a factual basis for the motion, that the defendants did not comply with an Order of this Court issued on November 15, 2006, which required the defendants to respond to plaintiff's Second Request for Interrogatories and Plaintiff's Second Request for the Production of Documents. Additionally, Plaintiff also complains, as a factual basis for the motion, that defendants' failed to file a response to his motion for the entry of default and his motion for sanctions. Accordingly, plaintiff claims that he is entitled to a default judgement pursuant to Fed. R. Civ. P. 37(b)(2)(C).

However, the defendants indicate in their Memorandum that Responses were sent to the plaintiff's Second Request for Interrogatories and his Second Request for the Production of Documents. Moreover, the Court's docket clearly demonstrates that the defendants did indeed object

to plaintiff's motion fo the entry of default and his motion for sanctions. See Dckt # 39. Thus, plaintiff's instant motion appears to have no factual basis and should be denied. I so recommend.

**Conclusion**

For the reasons states above, I recommend that plaintiff's motion for the entry of a default judgement pursuant to Fed. R. Civ. P. 37(b)(2)(C) be denied. Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed R. Civ. P. 72(b); LR Cv 72(d). Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 ( 1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
March 7, 2007