UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL,
Plaintiff

VS. C. A. NO. 05-428 T

CORNELL CORRECTIONS OF
RHODE ISLAND, INC., ET AL,
Defendants

**DEFENDANTS, CORNELL CORRECTIONS OF RHODE ISLAND, INC'S OBJECTION TO PLAINTIFF, DAVID CAMPBELL'S OBJECTION TO ITS MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT**

Defendant Cornell Corrections of Rhode Island, Inc. (hereinafter "Cornell of RI" or "Defendant") hereby objects to Plaintiff's "Objection to Defendants (sic) Motion Opposing Plaintiff's Request for Judgement (sic) by Default", dated February 15, 2007. In support of its objection, Cornell of RI relies upon and incorporates the attached memorandum.

Defendants,
Cornell Corrections of Rhode Island, Inc.
By its attorney,

*/s/ Dennis T. Grieco II*
Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644; (Fax) 331-9304
DTG@GSM-law.com

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se
U.S.P. P.O. Box 300
Waymart, PA 18472

I hereby certify that on the 16th day of March, 2007, I mailed and/or had hand-delivered a true copy of the within to counsel of record, as above.

*/s/ Dennis T. Grieco II*