David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

Atty. Dennis T. Greico
GIDELY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI.20903

Date. Aug. 6th 2006

RE:Campbell V. Cornell Corr. Inc., ET AL.,
C.A. No. 05-cv-428T: Request For
Interrogatories and Production Of
Documents: Good Faith Effort.

Dear Atty. Greico:

This correspondence is in regards to my request for Interrogatories and Production of Documents, the second sets that was sent to your office on August 4th, 2006.

Sir, in regards to the aforementioned request, I am still awaiting your response. I would also like to informe you that I am expecting your response to be filed and sent to me on or before Sept. 6th, 2006, or I will contact the Court and ask for the Courts intervention in this matter.

Sir, I asked that you please contact your clients and implore them to search their files and locate all materials and information coming within the scope of this request and promptly furnish them to the plaintiff for inspection and copying, within Ten (10) days from this request, or, the plaintiff will be forced to send a Motion to Compel to the Court.

Thank you for your time and effort in this matter. In the interim I await your response, I hope it will be handled expeditiously.

Sincerely Yours,

David Campbell

David Campbell Pro-Se
# 10676-014

Original

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties of this matter on this the 6th day of AUG., 2006. A copy was sent to the Office of the Following:

Atty. Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
U.S.P. Canaan
P.O. Box 300
Waymart, PA. 18472

Date Executed 8/6/06