UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL,
Plaintiff

VS. C. A. NO. 00-011 T

CORNELL CORRECTIONS OF
RHODE ISLAND, INC., ET AL,
Defendants

**DEFENDANTS', RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PLAINTIFF, DAVID CAMPBELL**

**REQUEST 1.** Please provide, a complete copy of the Log Book showing when the plaintiff entered into the Donald W. Wyatt Detention Facility.

**RESPONSE NO. 1:** Please see facility booking sheet marking the time of arrival and the Transporting Officers information as attached.

**REQUEST 2.** Please provide the correct names of the Officers who were working in the Property Room at the time of the plaintiff entry into the Facility. Full names and correct spelling.

**RESPONSE NO.2 :** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving this objection, the Defendants state Officer John Antunes.

**REQUEST 3.** Please provide the full name and correct spelling of the Staff Nurse that were working on the night that the plaintiff entered into the facility.

**RESPONSE NO. 3:** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving this objection, the Defendants state LPN Maureen Rocha.

**REQUEST 4.** Please provide a full and complete copy of the Inmate Property Matrix Form depicting what property was in the plaintiff's possession when the plaintiff entered the Facility, and bearing the plaintiff's signature.

EXHIBIT "A"

**RESPONSE NO. 4:** Objection, this Request is vague as it is unclear what form is being referred to. Without waiving this objection, please find attached hereto a copy of the Detainee Personal Property Record dated May 6, 2005.

**REQUEST 5.** Please provide an accurate copy of the Log Book located in the R&D area for the Morning of May 25th, 2005, showing when the plaintiff left the Facility.

**RESPONSE NO. 5:** See attached document with unrelated entries redacted due to irrelevant and security related nature of the information.

**REQUEST 6.** Please provide the full names and correct spelling of the Officers and Supervising Officers who were present in the R&D area on the Morning of May 25th, 2005.

**RESPONSE NO. 6:** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving said objection, Defendants state Captain Robert Reis, Officer Henry Paul, Officer Dave Dumas and Officer Geoff Weston had duties involving the R&D area on the morning of May 25, 2006.

**REQUEST 7.** Please provide the full name and correct spelling of the two Transportation Officers who were at the Facility on the Morning of May 25th, 2005, and who transported the plaintiff to the Transportation Depot from the Donald W. Wyatt Detention Facility.

**RESPONSE NO. 7:** Defendants object to this Request as it is phrased in the form of an Interrogatory. Without waiving said objection, Defendants state Officer Dave Dumas and Officer Geoff Weston.

**REQUEST 8.** Please provide a copy of the Log Book located in the Hospital Housing area of the Facility where the plaintiff was located at from the time of May 6th, until May 14th, 2005.

**RESPONSE NO. 8:** No entries were made in the HSU Logbook from May 6, 2005 – May 14, 2005.

**REQUEST 9.** Please provide a copy of the Property Matrix Form signed by the plaintiff on the Morning of May 25th, 2005.

**RESPONSE NO. 9:** Objection, this request is vague as it is unclear what form is being referred to. Without waiving this objection, please find attached hereto a copy of the Detainee Personal Property Record dated May 25, 2006.

**REQUEST 10.** Please provide a complete copy of the plaintiff Medical Intake file for when the plaintiff entered the Facility on May 5th, 2005.

**RESPONSE NO. 10:** Please see Plaintiff's medical file attached hereto.

**REQUEST 11.** Please provide any and all copies of request sent to the Food Service Supervisors on behalf of the plaintiff requesting a Special Diet for the plaintiff by any Supervising Officers, Counselors or Medical Personnel.

**RESPONSE NO. 11:** None.

**REQUEST 12.** Please provide the full name and correct spelling for LT. Reis.

**RESPONSE NO. 12:** Defendant objects to this request as it is phrased in the form of an Interrogatory. Defendant also objects to this request as it is unintelligible. Plaintiff makes reference to a Lieutenant Robert Reis, however there is no such individual by that rank. Without waiving the above objection, Defendant states that there was a Captain Robert Reis who was at the facility during the alleged incident at issue in this complaint.

**REQUEST 13.** Please provide any and all copies of any correspondence such as E-Mail, Fax, or Mail sent to the facility requesting the delivery of the plaintiff property by the plaintiff or, on behalf of the plaintiff from May 26th, 2005, up to Aug. 4th, 2005, including phone conversation Counselors from the Metropolitan Detention Center, or Counselors, Case Managers, Warden, or any Administrative Directors from the U.S.P. Canaan.

**RESPONSE NO. 13:** Objection. This request is vague and somewhat indecipherable. Without waiving said objections, Defendants do not have any "correspondence such as E-mail, Fax, or Mail" as described in this request.

Defendants,
Cornell Corrections of Rhode Island, Inc. and
Officer April Perry,
By their attorneys,

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 - Fax: 331-9304

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se #10676014
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472
This letter is to be opened in the presence
of the prisoner whose name is printed on the envelope.

I hereby certify that on the 18th day of July, 2006, I mailed a true copy of the within to counsel of record, as above.

Ina Hassan