UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL

v. CA No. 05-428-T

CORNELL CORRECTIONS, INC., et al.

**ORDER DENYING MOTION FOR JUDGMENT BY DEFAULT**

Petitioner's motion for a judgment by default (Document #4) pursuant to Fed.R.Civ.P. 37(b)(2)(C) is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 5/2/07