**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID CAMPBELL**

**v.** **C.A. No. 05 - 428 T**

**CORNELL CORRECTIONS INC.**, et al.

**ORDER**

David Campbell, an inmate who at one time was confined at the Wyatt Detention Center in Central Falls, Rhode Island, filed an action against Cornell Corrections, Inc., and various personnel at the Wyatt facility, challenging the conditions of his confinement. This matter is currently before the Court on the motion of the plaintiff to compel the production of entries made in a logbook in the "R&D" area of the Wyatt facility on May 25, 2005.

Defendants indicated that they provided the information requested with respect to the "R&D" logbook, redacting sensitive information unrelated to the plaintiff prior to its disclosure to protect the privacy of other inmates, see Linn v. U.S. Dep't of Justice, 1995 WL 631847 (D.D.C. 1995) and because of institutional security. See Goff v. Graves, 362 F.3d 543, 550 (8th Cir. 2004). Plaintiff thereafter requested that the Court conduct an *in camera* inspection of the material deemed by the defendants to be privileged. This Court agreed and Ordered an *in camera* inspection of the material.

After review of the disputed material, plaintiff's motion to compel production of the entries made in the "R&D" logbook is **denied.** No information contained therein relates to the plaintiff or any of his claims, and thus, is not relevant.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
May 15, 2007