UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL,
Plaintiff

VS. C. A. NO. 05-428 T

CORNELL CORRECTIONS OF
RHODE ISLAND, INC., ET AL,
Defendants

**DEFENDANTS, CORNELL CORRECTIONS OF RHODE ISLAND, INC. (incorrectly identified as Cornell Corrections, Inc.) AND OFFICERS APRIL PERRY, GEOFF WESTON AND HENRY PAUL'S OBJECTION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

The Defendants, Cornell Corrections of Rhode Island, Inc. (incorrectly identified by the Plaintiff as Cornell Corrections, Inc.) and Officers April Perry, Geoff Weston and Henry Paul hereby object to Plaintiff's Motion for Summary Judgment and move, pursuant to the provisions of Fed.R.Civ.P. 56(b), for entry of summary judgment as to all of Plaintiff's claims. As grounds, Defendants rely upon and incorporate by reference Defendants' Statement of Undisputed Facts, Statement of Disputed Facts and Memorandum of Law with supporting exhibits filed herewith.

**WHEREFORE**, Cornell Corrections of Rhode Island, Inc., and Officers April Perry, Geoff Weston and Henry Paul's motion should be granted, and this Court should enter summary judgment in their favor.

Defendants, Cornell Corrections
of Rhode Island, Inc. (incorrectly identified
as Cornell Corrections, Inc.) Officer April
Perry, Officer Geoff Weston and
Officer Henry Paul,
By their attorneys,

*/s/ Dennis T. Grieco II*

Dennis T. Grieco II #5057
**GIDLEY, SARLI & MARUSAK, LLP**
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644 / Fax: 331-9304
DTG@GSM-law.com

**CERTIFICATE OF SERVICE**

David Campbell, Pro Se
U.S.P. P.O. Box 300
Waymart, PA 18472

I hereby certify that on the 10th day of September, 2007, I mailed and/or had hand-delivered a true copy of the within to counsel of record, as above.

*/s/ Dennis T. Grieco II*