**Donald W. Wyatt Detention Facility**
950 High Street
Central Falls, RI 02863

Telephone: (401) 729-1190

Wayne T. Salisbury, Jr.
Warden

Accredited by:
American Correctional Association



# TOPIC LIST

MESSAGE FROM THE WARDEN ....
CLASSIFICATION .... 2
CLOTHING .... 3
COMMISSARY .... 3
COMMITMENT .... 4
CONDUCT .... 5
CONTRABAND .... 6
COUNTS .... 6
COURT APPEARANCES .... 6
DETAINEE ACCOUNTS & DISBURSEMENT OF FUNDS .... 7
DISCIPLINE .... 7
FACILITY TELEPHONE NUMBER .... 7
FACILITY MAIL .... 8
FIRES AND OTHER EMERGENCIES .... 8
GRIEVANCES .... 10
HIPPA .... 11
CELL /CUBICLE AND HOUSING UNIT RULES AND REGULATIONS .... 11
INDIGENT DETAINEES .... 11
LEAVING THE UNIT .... 13
LAUNDRY PROCEDURES .... 13
LEGAL SERVICES .... 14
LIBRARY .... 14
MEALS / FOOD ALLOWED .... 14
MEDICATION .... 14
OFFICER'S CONTROL STATION .... 15
PERSONAL HYGIENE .... 15
PERSONAL PROPERTY .... 15
PROGRAM SERVICES .... 16
PROTECTION .... 16
RECORDS .... 17
RECREATION YARDS .... 17
READING AND RECREATIONAL MATERIALS .... 17
RELEASES / HOUSING ASSIGNMENTS / RE-ASSIGNMENTS .... 18
RELIGIOUS SERVICES .... 18
REQUEST SLIPS .... 18
ROOMS & DORMITORY AREAS .... 18
SEARCHES .... 19
SEXUAL ABUSE/ASSAULT .... 19
SICK CALL AT THE HEALTH SERVICES UNIT .... 19
SMOKING / TOBACCO PRODUCTS .... 20
TELEPHONES .... 20
.... 20

1. Meals will be eaten only at the tables provided in the unit and nowhere else. Food and meal service items are not to be removed from eating areas. Any foods found in rooms or living areas that are from the kitchen of the facility are contraband and are subject to immediate disposal and disciplinary action.
2. Canteen items are the only food items allowed in cells/living areas.
3. No meal service trays, bowls or plates, issued utensils and cups are allowed in detainee rooms.
4. Only the issued coffee mug is authorized for beverages.
5. Detainees are allowed to take only one tray at each meal time.
6. Meal lines shall be orderly with no line jumping permitted.
7. Quiet talking is permitted while dining.
8. Detainees will follow the Unit Officer's directions in obtaining and returning meal trays and utensils.
9. Detainees will be in full uniform and may be required to produce their ID in order to obtain a meal.
10. Detainees receiving special diets must produce their ID and sign for each of them.
11. Detainees will be expected to complete their meal in a timely manner.
12. Detainees are required to be seated at a table during the meal period.
13. After the last detainee is served and seated, a twenty (20) minute time limit is allowed for each meal.
14. FOOD and BEVERAGES are NOT allowed in the recreation yards at any time.
15. Approximate meal times are: 7:30 am, 12:30 pm and 5:30 pm.
16. The regular menu is planned by a registered dietician to meet the nutritional requirements of the population with consideration for acceptability, cost containment and constraints of the corrections environment.
17. Many individuals exhibit intolerance, either by gastrointestinal or other allergic symptoms to a food product. Generally these sensitivities require no therapeutic modification of the person's diet. Usually the individual simply avoids the food he knows causes him distress.
18. Due to the large variety of foods which one or more residents may be unable to tolerate, providing therapeutically modified diets for all possible offending substances is not feasible.
19. Medically necessary diets are prescribed by the facility physician.
20. Vegetarian and no red meat diets are not offered.
21. Any detainee may request to have kosher meals through the Program Administrator. The request will be referred to an appropriate Chaplain of that detainee's faith. The Chaplain shall interview the detainee and based on religious beliefs, approve or deny the request.