File Maintenance ... Individual Reports Delete Help

Alerts:

Name CAMPBELL, DAVID EGERTON

Section | Block | Cell | Bed | Location MAIN

| Birth | Sex | Race | Release | Admt Type | SS# | Booking# | Permanent# | Booked Date | Classification |
|---|---|---|---|---|---|---|---|---|---|
| 08/28/1962 | M | B | 05/25/2005 | US | 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 | 2005690 | 11346 | 05/06/2005 | 2 |



Booking | Account | Alias | Billing Agn | Bond | Brch Prprty | Charges | Classify | Clothing | Cmmsry Hi | Commissar | Cmry Lmt | Detainers | Drugs | Education | Enemies | Employmer | Grievance | Housing | ID's | Incidents | Mail Log | Medical

## Personal Information

Last Name: CAMPBELL | First Name: DAVID | Middle Name: EGERTON | Affix:

Birth Date: 08/28/1962 | Sex: Male

42 | Current Age: 43

AFRICAN AMERICAN

AFRICAN AMERICAN

SINGLE

## Booking Verification

Shift: 2

05/06/2005 20:23

ANTUNES, JOHN

## Booking Information

US MARSHAL SERVICE

USMS CONNECTICUT

USMS

wyatt from Hartford

dumas

UNITED STATES MARSHALS SERVICE

## Inmate ID Numbers

Booking #: 2005690

Permanent #: 11346

Social Security #: 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

10676-014

## NCIC Check

Result:

## DNA Sample Status

## Brief Notes

sentenced

Add Delete Undelete Print Search Next ID Save Abort

Print Screen