Committment Date: 5/6/05 Print Date: 5/6/2005

# DONALD W. WYATT DETENTION FACILITY

## Financial Responsibility Statement

**NAME:** CAMPBELL DAVID CT **SID#:** 10676-014

**BOOKING #:** 2005690

**DOB:** 08/28/1962

**Jurisdiction:** UCT



### PROPERTY WAIVER FORM

I acknowledge that in the event that I am released or transferred from this facility, I have 30 days to contact this facility and notify the Property Officer where to send my property that was left at the facility. I also acknowledge that failure to contact the facility within the allotted time frame will result in the destruction or donation of my property. If I do not contact the facility within 30 days, please send my property to the following address of a responsible individual who will receive my personal belongings.

Name: ______________________________ Address: ______________________________

Telephone Number: ______________________________

Reconozco eso en el acontecimiento que me lanzan o estan transferido de esta facilidad , yo tengo 30 dias para entrar en contacto con esta facilidad y para notificar al oficial de la propriedad donde enviar mi propriedad que fue dejada en esta facilidad . Tambien reconozco que la falta de entrar en contacto con la facilidad dentro del allotted el marco de tiempo dara lugar a destruccion o a la donacion de mi propriedad. Si no entro en contacto con tan facilidad en el plazo de 30 dias, envie por favor mi propriedad a la direccion siguiente de un individuo responsable que reciba mis pertenencia.

Nombre: ______________________________ Direccion: ______________________________

Numero de telefono: ______________________________

### MISSING FACILITY PROPERTY

I agree to pay restitution to the Donald W. Wyatt Detention Facility should I be unable to account for any property lost that was issued to me during the intake process. I further understand that all money in my account will be frozen until restitution is met.

Acuerdo pagar la restitucion a Donald W. Wyatt Detention Facility si no puede explicar cualquier propriedad perdida que fuera publicada a mi durante el proceso del producto. Entiendo mas lejos que todo el dinero en mi cuenta sera congelado hasta que se resolve la restitucion.

### DETAINEE HANDBOOK

I have received a copy of the Donald W. Wyatt Detention Facility Handbook outlining the rules and regulations of the facility.

He recibido una copia de Donald W. Wyatt Detention Facility Handbook contornear las reglas y las regulaciones de la facilidad.

### MONITORING OF DETAINEE TELEPHONE CALLS

Cornell Corrections, Inc., reserves the authority to monitor (this includes recording) conversations on any telephone located within its institutions, said monitoring to be done to preserve the security and orderly management of the institution and to protect the public. An inmate's use of institutional telephones constitutes consent to the monitoring. A properly placed phone call to an attorney is not monitored. You must contact your unit team member to request an unmonitored attorney call. The unit team member assigned to your unit will complete the Legal Call Verification Form, confirming the number. After the phone number you provided has been verified, it will be entered into the non-monitored call list. You will be notified by your unit team member that the phone number has been verified and entered into the system. At that point, you will be able to call that number from your unit without being monitored.

I have read or had read to me above notification on the monitoring of detainee telephone calls. I understand that any telephone calls I make from institution telephones may be monitored or recorded.

Cornell Corrections, Inc. reserva los derechos de escuchar (esto incluye grabar) todas las conversaciones en cualquier telefono localizado en esta institucion, y cada grabacion se va a hacer para preservar el publico. El uso de los telefonos de esta institucion por un preso estara consentido, la escuchacion y la grabacion tambien estara consentida. Las llamadas legales, no estaran escuchadas y ni grabadas. Usted tiene que decirle a su consejero y ponerlo en papeles the ordenes, que su llamada al abogado no sea grabada ni eschuchada. El consejero asignado a la unidad, completara los papeles necesarios para las verificaciones para hacer las llamadas al abogado, y confirmara el numero de telephono que usted le haya provenido. Despues que ses numero sea confirmado y verificado, esenumero sera puesto en la lista de llamadas no grabados o escuchadas. Su conserjero le notificara de que el numero fue verificado y puesto en la lista de llamadas no grabadas o eschuchadas. En ese momento, usted podra hacer su llamadas legales sin que sean euchados o grabados.

# DONALD W. WYATT DETENTION FACILITY

## Financial Responsibility Statement

puesto en la lista de llamadas no grabadas o eschuchadas. En ese momento, usted podra hacer su llamadas legales sin que sean euchados o grabados.

Yo he leido o me leyeron esta notificacion de llamadas grabadas o eschuchadas. Yo entiendo que cualquier llamada que haga en esta institucion sera grabada y escuchada.

### GENERAL POPULATION WAIVER

I hereby agree to be housed in General Population at the Donald W. Wyatt Detention Facility. I hereby relieve the Administration of the Donald W. Wyatt Detention Facility of all responsibility for my safety when I am housed in General Population.

### Renuncia De la Poblacion En General

Acuerdo por este medio ser contenido en la poblacion en general en el Donald W. Wyatt Detention Facility. Relevo por este medio la administracion de la facilidad del Donald W. Wyatt Detention Facility de toda la responsabilidad de mi seguridad cuando me contienen en la poblacion en general.

### INMATE IDENTIFICATION CARDS

Identification cards are to be worn at all times while in or on the grounds of the institution. They are to be worn on the left side of the chest, face clearly visible. An inmate may be subject to disciplinary action for misuse of their own or another inmate's identification card. An inmate will be required to reimburse the facility for the cost of the identification card if they lose, mutilate, or destroy the card. If the circumstances appear to warrant pursuit of such action, the inmate shall be issued a disciplinary report and may be required to reimburse the facility a fee of $5.00 for the cost of replacing the card. I have read or had read to me the above notification on wearing Inmate Identification Cards.

Las targetos de identificacion tienen que estar puestas a todos tiempos durante el tiempo que esten en esta institucion. Deben de estas puestas en lao iscierdo del pecho, con la cara para lante. Un preso puedo estar subjecto a acetone disiplinaria por el mal uso o, por usar la tarjeta de otro preso. Si a un preso se le pierde, o dana la targeta esta empuesto a pagar por ella. Si las surcumstancias detayan que se tiene que tomar aceion si le va a dar on reporta disiplinario y el puete ser locho pagar $5.00 por el cuesto de reponer la tarjeta. Yo he leido o me leyeron esta notificacion en las tarjetas de identificacion.

**Detainee Signature:** [signature]

**STAFF ONLY BELOW THIS LINE !**

I hereby certify that the above information was provided to the inmate to read and /or was read and fully explained by me to the above inmate. The inmate (signed) (refused to sign) this document.

[handwritten name] 5/6/2005

Print Staff Member Name Date

[signature] 5/6/2005

Staff Member Signature Date