# DONALD W. WYATT DETENTION FACILITY

## RETURNED PROPERTY FORM

The following address is a responsible individual who will receive my personal property. I understand that my personal property will not be accepted by the Bureau of Prisons and must be mailed either to a relative or authorized individual on my behalf. I further waive the liability of the Donald W. Wyatt Detention Facility of any responsibility concerning property returned back to facility. Any returned property will be disposed of in 30 days of return.

PERSON AUTHORIZED TO RECEIVE MY PERSONAL PROPERTY

NAME: (REFUSED)

ADDRESS: ______

CITY: ______ STATE: ______ ZIP CODE: ______

PHONE NUMBER: ( ) ______

INMATE NAME(print): X (REFUSED) DATE: 5/6/05

INMATE SIGNATURE: X DATE: ______

OFFICER SIGNATURE: [signature] DATE: ______

5/24/05

Capt Johnson

refuse to provide address.