# MEMORANDUM

**TO:** Frank Botelho

**FROM:** Jean Singleton, Program Administrator

**DATE:** May 2, 2006

**RE:** Detainee David Campbell

---

Records indicated that prior to Detainee Campbell's transfer on 5/25/05 he refused to provide an address to send his property. According to policy any property left behind by a Detainee who has departed shall be considered voluntarily abandoned and disposed of after 30 days. In the case of Detainee Campbell, his property was destroyed on 7/29/05.



**Donald W. Wyatt Detention Facility**
950 High Street
Central Falls, RI 02863
(401) 729-1190
(401) 729-1[illegible] (fax)