[illegible]-27-05 Detainee David Campbell property was not able to mail out, due to Detainee Campbell refused to give an address for his Property. Property will be destroyed. 8/17/05

[illegible signature] [illegible signature]