UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID E. CAMPBELL | : | PRISONER<br>CIVIL NO. 3:04CV1111 (RNC)(DFM) |
| V. | : | |
| WARDEN DZURENDA, ET AL. | : | JANUARY 19, 2007 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

PLAINTIFF
David E. Campbell

BY: [signature]
David E. Campbell, No. 10676-014
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

DEFENDANTS
Warden Dzurenda, CTO Wembley, Correctional Officer Anderson, Correctional Officer Pelkey, Correctional Officer DeFrancesco, Correctional Officer Handley

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: [signature]
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of January, 2007:

David E. Campbell, No. 10676-014
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472

Matthew B. Beizer
Assistant Attorney General