**Donald W. Wyatt Detention Facility**
950 High Street
Central Falls, RI 02863

Telephone: (401) 729-1190

Wayne T. Salisbury, Jr.
Warden

Accredited by:
American Correctional Association



## TOPIC LIST


MESSAGE FROM THE WARDEN ....................
CLASSIFICATION .................... 2
CLOTHING .................... 3
COMMISSARY .................... 3
COMMITMENT .................... 4
CONDUCT .................... 5
CONTRABAND .................... 6
COUNTS .................... 6
COURT APPEARANCES .................... 6
DETAINEE ACCOUNTS & DISBURSEMENT OF FUNDS .................... 7
DISCIPLINE .................... 7
FACILITY TELEPHONE NUMBER .................... 7
FACILITY MAIL .................... 8
FIRES AND OTHER EMERGENCIES .................... 8
GRIEVANCES .................... 10
HIPPA .................... 11
CELL /CUBICLE AND HOUSING UNIT RULES AND REGULATIONS .................... 11
INDIGENT DETAINEES .................... 11
LEAVING THE UNIT .................... 13
LAUNDRY PROCEDURES .................... 13
LEGAL SERVICES .................... 14
LIBRARY .................... 14
MEALS / FOOD ALLOWED .................... 14
MEDICATION .................... 14
OFFICER'S CONTROL STATION .................... 15
PERSONAL HYGIENE .................... 15
PERSONAL PROPERTY .................... 15
PROGRAM SERVICES .................... 16
PROTECTION .................... 16
RECORDS .................... 17
RECREATION YARDS .................... 17
READING AND RECREATIONAL MATERIALS .................... 17
RELEASES / HOUSING ASSIGNMENTS / RE-ASSIGNMENTS .................... 18
RELIGIOUS SERVICES .................... 18
REQUEST SLIPS .................... 18
ROOMS & DORMITORY AREAS .................... 18
SEARCHES .................... 19
SEXUAL ABUSE/ASSAULT .................... 19
SICK CALL AT THE HEALTH SERVICES UNIT .................... 19
SMOKING / TOBACCO PRODUCTS .................... 20
TELEPHONES .................... 20
.................... 20

## PERSONAL PROPERTY

1. Personal clothing, shoes and baggage is to be removed from the facility within thirty (30) days after incarceration. Items not removed within the specified time are subject to disposal by facility personnel.
2. Detainee personal property will be retained by the facility for safekeeping for no more than thirty (30) days after incarceration. Excess items may be sent out by mail at your cost, picked up by relatives/friends during a scheduled visit or disposed of. A Request Slip should be placed in the "Request Slip" box located in the housing unit for this procedure.
3. Property that remains unclaimed for more than thirty (30) days will be disposed of or destroyed.
4. If a detainee is released in court, escapes or is deceased, the Property Officer may dispose of the property according to the Detainee's instructions on the Property Receipt.
5. When no instructions are documented, the property will be disposed of or destroyed, but not less than thirty (30) days from the date of the release, escape or death.
6. See the section listed "Clothing" for further information.