UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL CORRECTIONS OF RHODE ISLAND, INC.; OFFICER APRIL PERRY; OFFICER GEOFF WESTON; OFFICER HENRY PAUL; CAPTAIN ROBERT REIS; OFFICER DAVE DUMAS; LPN MAUREEN ROCHA; and FIVE UNKNOWN OFFICERS<br><br>Defendants. | Case No. 05-428T |

**ORDER TO SHOW CAUSE**

The plaintiff, David Campbell, is hereby ordered to show cause why the claims against Captain Robert Reis, Office David Dumas, LPN Maureen Rocha, and the four remaining unknown officers should not be dismissed for failure to identify and/or make service of process.

IT IS SO ORDERED:

Ernest C Torres

Ernest C. Torres
Senior District Judge
Date: 6/25/08