United States District Court

for the District of Rhode Island

David Campbell, Pro-Se
Petitioner

Docket no. 1:05-cv-428-T

-vs-

Cornell Corr. Inc., Et Al,
Defendants.

Date.

## Notice of Appeal.

Notice is hereby given that, David Campbell, Pro-Se, Petitioner, Above named, Appeal to the united States Court of Appeals for the first Circuit, from the memorandum And order denying Petitioner's motion for Summary Judgement, Entered in this action on June 27th, 2008.

By: David Campbell
David Campbell, Pro-Se
#10676-014
F.C.I. Ray Brook
P.O. Box 9002
Ray Brook, New York 12977