IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID CAMPBELL PRO-SE,
Plaintiff,

DOCKET No. 1:05-Cv-428

-vs-

CORNELL CORR. INC. ET AL.,
Defendants.

DATE. August 6th, 2008

MOTION TO DISMISS SPECIFICALLY NAMED DEFENDANTS.

Here comes the plaintiff David Campbell, Pro-Se in the above captioned case acting without the aide of counsel and pursuant to the Rules of the United States District Court, the plaintiff hereby move this Honorable Court to immideately dismiss the plaintiff's claims against the defendant Captain Robert Reis and the defendant LPN Maureen Rocha.

Plaintiff states that his reason for requesting a dismissal against these individuals, is that the plaintiff is unable to effect service against these defendants as to how the plaintiff does not have a forwarding address to effect service upon the defendants. These defendants are no longer in the empoly of the Cornell Corr. Inc. and the plaintiff is unable to locate them. The plaintiff was not giving a forwarding address for the defendant LPN Maureen Rocha, and all of his attempts to make service upon Captain Robert reis, was rendered fruitless.

WHEREFORE, plaintiff respectfully move this Honorable Court to dismiss the claims made by the plaintiff against the specifically named defendant Captain Robert Reis and Defendant LPN Maureen Rocha.

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell

CERTIFICATION OF SERVICE.

I hereby certify that a true copy of the foregoings was mailed postage prepaid and delivered to all parties concern, on this the 6th day of August, 2008. A copy was sent to the following:

Clerk of the Court
United States District Court
119 federal Building & Courthouse
One Exchange Terrace
Providence, RI. 02903

Atty. Dennis T. Greico
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI. 02903

Respectfully Submitted

David Campbell/Plaintiff

By: David Campbell
David Campbell Pro-Se
# 10676-014
F.C.I. Ray Brook
P.O. Box 9002
Ray Brook, New York 12977