05- 00428
USDCRI
Judge Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 08-1866

DAVID CAMPBELL

Plaintiff - Appellant

v.

CORNELL CORRECTIONS OF RHODE ISLAND, INC.; CAPTAIN ROBERT REIS;OFFICER APRIL PERRY; OFFICER HENRY PAUL; OFFICER DAVE DUMAS; OFFICER GEOFF WESTON; LPN MAUREEN ROCHA; FIVE UNKNOWN OFFICERS

Defendants - Appellees

**JUDGMENT**
Entered: August 13, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. [signature]
Deputy Clerk

Date: 8/13/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

[cc: David Campbell, Dennis Grieco]