UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DAVID E. CAMPBELL

    Plaintiff,

v.                           CA. No. 05-428T

CORNELL CORRECTIONS OF RHODE
ISLAND, INC.; OFFICER APRIL PERRY;
OFFICER GEOFF WESTON; OFFICER
HENRY PAUL; CAPTAIN ROBERT REIS;
OFFICER DAVE DUMAS; LPN MAUREEN
ROCHA; AND FIVE UNKNOWN OFFICERS

    Defendants.

## ORDER GRANTING MOTION TO DISMISS AND DISMISSING CLAIMS FOR FAILURE TO SHOW CAUSE

On June 27, 2008, this Court issued an Order to Show Cause why the claims against Captain Robert Reis, Officer David Dumas, LPN Maureen Rocha, and the four remaining unknown officers in this Section 1983 case should not be dismissed for failure to identify and/or make service of process. In response, on August 7, 2008, David Campbell filed a motion to dismiss his claims against Captain Robert Reis and LPN Maureen Rocha but he offered no explanation for his failure to make service of process on Officer David Dumas and to identify and/or make service on the remaining four unknown officers. As cause has not been shown, the Court orders as follows:

(1) The motion to dismiss the claims against Captain Robert Reis and LPN Maureen Rocha is GRANTED;

(2) The claims against Officer David Dumas and the four remaining unknown officers are DISMISSED.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Sr. U.S. District Judge
Date: Jan. 15, 2009